**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **National Brokers of America, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **19-15488** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   | | | Amount of claim |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Alan Redmond**<br>**4 South 4th Street**<br>**Floor 3**<br>**Reading, PA 19602**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Personal Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,967,000.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Bene Markets LLC**<br>**8 The Green, Suite A**<br>**Dover, DE 19901**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services Rendered**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,200,000.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Capital Advance Services, LLC**<br>**c/o Steven Koplove, Esq.**<br>**Kraft & Kraft**<br>**3200 Pennrose Ferry Road**<br>**Philadelphia, PA 19145**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services Rendered**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,300,000.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Past Due Taxes**<br>Is the claim subject to offset? ■ No ☐ Yes | **$140,864.00** |

| Debtor | **National Brokers of America, Inc.** | Case number (if known) | **19-15488** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$88,485.50** |
|---|---|---|---|
| | **PA Dept of Revenue**<br>**PO BOX 280509**<br>**Harrisburg, PA 17128-0418** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Past Due Taxes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250,000.00** |
|---|---|---|---|
| | **Plan Z LLC**<br>**c/o jeffrey P. Ward, Esq.**<br>**625 Liberty Avenue**<br>**Pittsburgh, PA 15222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Services Rendered** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|   |   | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **14,946,349.50** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **14,946,349.50** |