IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL BROKERS OF AMERICA, INC.,<br><br>Debtor. | Chapter 7<br><br>Bankruptcy No. 19-15488 |

### **ORDER**

**AND NOW**, upon consideration of the Motion of the Chapter 7 Trustee (the "Motion") pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 for the entry of an Order directing the production of bank statements and cancelled checks from Santander Bank, it is hereby **ORDERED** as follows:

1. The Motion is GRANTED.

2. Unless an extension is otherwise granted by counsel to the Trustee in writing, within thirty (30) days of the date the Subpoena is served on Santander, Santander is directed to provide bank statements and cancelled checks for the bank account number 3570628590 for August 2019 and September 2019.
.

BY THE COURT:

_____
The Honorable Patricia M. Mayer
United States Bankruptcy Court

1

7769807 v1