IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL BROKERS OF AMERICA, INC.,<br><br>              Debtor. | Chapter 7<br><br>Bankruptcy No. 19-15488 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 7th day of August, 2020, I caused true and

correct copies of the foregoing Motion for an Order Pursuant to Bankruptcy Rule 2004 and

Notice of Motion was served via regular first-class mail, postage prepaid, upon the party listed

below:

        Officer, Director or Agent
        Santander Bank
        ATTN: Business Customer Contact Center
        Santander Way R11 EPV 02 23
        East Providence, RI 02915

Dated:  August 7, 2020                    /s/ *Jennifer Vagnozzi*
                                     Jennifer Vagnozzi, Paralegal

7890585 v1