| | |
|---|---|
| IN RE:  NATIONAL LOAN BROKERS, INC., | : IN THE UNITED STATES BANKRUPTCY<br>: COURT FOR THE EASTERN DISTRICT |
| Debtor | : OF PENNSYLVANIA<br>:<br>:<br>:<br>: CASE NO:  19-15488<br>:<br>: ASSIGNED TO:  THE HONORABLE<br>: PATRICIA M. MAYER |

**ORDER FOR RELIEF FROM STAY**

AND NOW, this __14th__ day of __October__, 2020 this matter having been brought before the Court upon the Motion of Shoreline Financial Group, Inc. ("Shoreline") for Relief from the Automatic Stay to Pursue the Florida Lawsuit Against Seni Sok and Alan C. Redmond Only ("Florida Lawsuit") filed by its counsel, Kozloff Stoudt, for good and sufficient cause shown, it is hereby

ORDERED that the automatic stay provided by Section 362 of the Bankruptcy Code is vacated as to Shoreline with respect to the Florida Lawsuit, so that Shoreline may exercise its state court remedies with respect to said Florida Lawsuit exclusively against non-Debtor parties; and it is further

ORDERED that the net proceeds from such actions, either by judicial process or otherwise, may be applied against the indebtedness of the Debtor to Shoreline, provided however that the outcome in the Florida Lawsuit should not otherwise have any impact upon the administration of the Debtor's Estate by the Trustee; and it is further

ORDERED that neither Shoreline nor any parties in the Florida Lawsuit will seek discovery from the Trustee or the Estate, nor have the Trustee be required to participate in any way in the Florida Lawsuit.

ORDERED that the fourteen (14) day period under Fed. R. Bankr. P. 4001(a)(3) shall not apply.

**BY THE COURT:**

*/Patricia M. Mayer/*
_____
Patricia M. Mayer
United States Bankruptcy Judge

Copies To:    See Attached Service List.

## ORDER SERVICE LIST

National Brokers of America, Inc.
354 Penn Street
Reading, Pennsylvania 19602

Joseph T. Bambrick, Jr.
529 Reading Avenue, Suite K
West Reading, Pennsylvania 19611

Robert H. Holber, Esquire
Chapter 7, Trustee
41 East Front Street
Media, Pennsylvania 19063

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, Pennsylvania 19106

Barry W. Sawtelle, Esquire
Kozloff Stoudt
2640 Westview Drive
Wyomissing, Pennsylvania 19610