IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL BROKERS OF AMERICA, INC.,<br><br>        Debtor. | Chapter 7<br><br>Bankruptcy No. 19-15488 |

**PRAECIPE TO WITHDRAW MOTION TO COMPEL COMPLIANCE WITH ORDER PURSUANT TO BANKRUPTCY RULE 2004**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please withdraw Trustee's Motion to Compel Compliance with Order Pursuant to Bankruptcy Rule 2004 (the "Motion") filed on November 16, 2020 at Docket No. 113 and the Notice of Motion filed on November 16, 2020 at Docket No. 114 from the above-referenced case. The document request was satisfied and both sides agreed to a withdrawal.

FLASTER/GREENBERG P.C.

Dated: December 8, 2020

By: */s/ William J. Burnett*

William J. Burnett, Esquire
Damien Nicholas Tancredi, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Telephone 215-279-9383
Facsimile 215-279-9394

*Counsel for Robert H. Holber,*
*Chapter 7 Trustee*

8101014 v1