UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**NATIONAL BROKERS OF AMERICA, INC.**      :      CHAPTER 7
:
:      Case No: 19-15488-PMM
_____

# ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance as legal co-counsel on behalf of DEBTOR in this above-captioned matter.

Respectfully submitted,
**Norman M. Valz & Associates, P.C.**

_____
Norman M. Valz, Esq.
Pennsylvania Bar I.D. 61338
441 Irvington Road
Drexel Hill, PA    19026
Tel. (215) 756-2424
Fax  (215) 827-5758
nvalz@msn.com