19-15488

11/8/2023

Hello: I'm in the Process of moving to Washington State So Please Don't Send Any Mailings to my Old Address on Court Record pertaining to the Case. I will Contact The Court with a With a New Address ASAP.

Call Me: (954) 469-4987 IF NEEDED

Thanks



FILED
NOV 13 2023
TIMOTHY McGRATH, CLERK
DEP. CLERK