11/8/2023

Hello:

I Have the 2nd Updated Judgement Lien to be attached to the Case So Could You
Please File it on Record and or Docket I would Greatly Appreciate.

Jimmy Davis

Thanks



# ELECTRONIC SECOND JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A SECOND JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.204, FLORIDA STATUTES.  THIS SECOND JUDGMENT LIEN IS A NEW LIEN AND NOT A CONTINUATION OF THE ORIGINAL LIEN.

FILE NUMBER ASSIGNED TO THE RECORD OF THE ORIGINAL JUDGMENT LIEN CERTIFICATE: J18000759738
DATE FILED WITH DEPARTMENT OF STATE: 11/20/18
JUDGMENT DEBTOR (DEFENDANT) NAME(S) AS SHOWN ON JUDGMENT LIEN:

NATIONAL BROKERS OF AMERICA, INC
6545 MARKET AVENUE N.
SUITE, 100
NORTH CANTON, OH. 44721
FEI#:  -        DOS DOCUMENT#: 6320764

**J23000418038**
**FILED**
**Sep 11, 2023 08:00 A.M.**
**Secretary of State**
MSOLOMON

JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT LIEN OR CURRENT OWNER OF JUDGMENT IF ASSIGNED:

JIMMY DAVIS
43 SOUTH POMPANO PARKWAY
SUITE, 312
POMPANO BEACH, FLORIDA 33069
DOS DOCUMENT#: N/A

NAME AND ADDRESS TO WHOM ACKNOWLEDGMENT/CERTIFICATION IS TO BE MAILED:

MIKE ASSAD
ASSAD@CIBIKLAW.COM

MONEY AMOUNT REMAINING UNPAID: 75,000
INTEREST RATE: 0.00%
INTEREST ACCRUED AMOUNT: 0
NAME OF COURT: SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER: 18-80462
DATE OF ENTRY: 11/20/18

UNDER PENALTY OF PERJURY, I hereby certify that: (1)  The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2)  All of the information set forth above is true, correct, current and complete; (3)  I have complied with all applicable laws in submitting this Electronic Second Judgment Lien Certificate for filing.

Electronic Signature of Creditor or Authorized Representative: JIMMY DAVIS



FILED
NOV 1 3 2023
TIMOTHY McGRATH, CLERK