IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>NATIONAL BROKERS OF AMERICA, INC.,<br><br>Debtor. | Chapter 7<br><br>Bankruptcy No. 19-15488-PMM |
|---|---|

## ORDER

AND NOW, this 14th day of November, 2023, upon consideration of the Second Interim Application of Flaster/Greenberg P.C., for Compensation for Legal Services Rendered as Counsel for the Trustee and for Reimbursement of Expenses for the period November 1, 2021 through September 30, 2023 and after notice and opportunity for hearing, it is

ORDERED that Flaster/Greenberg, P.C. counsel for the Trustee, is hereby allowed the sum of $10,505.00 as second interim compensation for the time period November 1, 2021 through September 30, 2023.

BY THE COURT:

*Patricia M. Mayer*
_____
THE HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE