IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 7 |
|---|---|
| NATIONAL BROKERS OF AMERICA, INC., | |
| Debtor. | Bankruptcy No. 19-15488 |

### CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies as follows:

1. The Second Interim Application for Compensation of Sharer Petree Brotz and Snyder as Accountant (the "Application") was filed on November 3, 2023 [Docket No. 169].

2. The Application, together with Notice of the Application [Docket No. 170], were served upon the parties entitled to notice, as reflected in the Certificate of Service filed with the Application and Notice.

3. As of the date hereof, undersigned counsel has not received any answers or objections to the Application. A review of the docket in this case reflects that no answers or objections have been filed.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court approve the Application.

                                                      **FLASTER/GREENBERG P.C.**

Dated: November 20, 2023      By: */s/ William J. Burnett*
                                                  William J. Burnett, Esquire
                                                  1717 Arch Street, Suite 3300
                                                  Philadelphia, PA 19103
                                                  Telephone 215-279-9383
                                                  Facsimile 215-279-9394

                                                  *Counsel for Robert H. Holber, Chapter 7 Trustee*

10865363 v1