IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 7 |
|---|---|
| NATIONAL BROKERS OF AMERICA, INC., | Bankruptcy No. 19-15488 |
| Debtor. | |

## ORDER

AND NOW, this 27th day of November, 2023, upon consideration of the Second Interim Application of Sharer Petree Brotz & Snyder, for Compensation for Accounting Services for the Trustee and for Reimbursement of Expenses for the period November 9, 2021 through October 31, 2023 and after notice and opportunity for hearing, it is

ORDERED that Sharer Petree Brotz & Snyder, accountant for the Trustee, is hereby allowed the sum of $10,012.00 as second interim compensation and $85.64 as expenses, with *de novo* final review after submission of the TFR for the time period November 9, 2021 through October 31, 2023.

BY THE COURT:

/s/ Patricia M. Mayer
THE HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE