United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15488-pmm |
| National Brokers of America, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | National Brokers of America, Inc., 354 Penn Street, Reading, PA 19602-1010 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BARRY W. SAWTELLE | on behalf of Creditor Shoreline Financial Group  LLC bsawtelle@kozloffstoudt.com, dgabala@kozloffstoudt.com;gtooth@kozloffstoudt.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Shoreline Financial Group  LLC cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| DAVID W. CROSSETT | on behalf of Defendant Jason Scott Jordan david@cornerstonelaw.us  erica@cornerstonelaw.us |
| DAVID W. CROSSETT | on behalf of Creditor Jason Scott Jordan david@cornerstonelaw.us  erica@cornerstonelaw.us |
| HOLLY SMITH MILLER | on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com  abrown@gsbblaw.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 1 |

MICHAEL I. ASSAD
    on behalf of Creditor Jimmy Christopher Davis mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email

NORMAN M. VALZ
    on behalf of Debtor National Brokers of America  Inc. nvalz@msn.com

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
    trustee@holber.com  rholber@ecf.axosfs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J. BURNETT
    on behalf of Trustee ROBERT H. HOLBER william.burnett@flastergreenberg.com william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;nicole.pettit@flastergreenberg.com;nicole.pettit@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

WILLIAM J. BURNETT
    on behalf of Plaintiff National Brokers of America  Inc. william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;nicole.pettit@flastergreenberg.com;nicole.pettit@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

WILLIAM J. BURNETT
    on behalf of Accountant Sharer Petree Brotz & Snyder william.burnett@flastergreenberg.com william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;nicole.pettit@flastergreenberg.com;nicole.pettit@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

WILLIAM J. BURNETT
    on behalf of Attorney Flaster/Greenberg P.C. william.burnett@flastergreenberg.com william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;nicole.pettit@flastergreenberg.com;nicole.pettit@flastergreenberg.com;jeanne.valentino@flastergreenberg.com

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: NATIONAL BROKERS OF AMERICA, INC., Debtor. | Chapter 7 Bankruptcy No. 19-15488 |
|---|---|

### ORDER

AND NOW, this 27th day of November, 2023, upon consideration of the Second Interim Application of Sharer Petree Brotz & Snyder, for Compensation for Accounting Services for the Trustee and for Reimbursement of Expenses for the period November 9, 2021 through October 31, 2023 and after notice and opportunity for hearing, it is

ORDERED that Sharer Petree Brotz & Snyder, accountant for the Trustee, is hereby allowed the sum of $10,012.00 as second interim compensation and $85.64 as expenses, with *de novo* final review after submission of the TFR for the time period November 9, 2021 through October 31, 2023.

BY THE COURT:

_____
THE HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE