UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

NATIONAL BROKERS OF AMERICA, INC.

    Debtor.

Chapter 7

Bankruptcy No. 19-15488-pmm

### ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of Debtor's Motion for Enforcement of the Automatic Stay, Vacating of Judgments as Void, Enjoining Jason Scott Jordan from Pursuing Claims in Berks County Civil Dockets 14-17117 and 22-11757, and for Sanctions Against Jason Scott Jordan, Joel Reedy, Esq. and Cornerstone Law Firm for Willful Violations of the Automatic Stay, it is hereby

**ORDERED** that the Motion is **GRANTED** and:

1. The Verdict and Judgment entered against Debtor, National Brokers of America, Inc., in Berks County, Pennsylvania in connection with Berks County Civil Docket 14-17117 are hereby vacated as void;

2. The automatic stay in this matter shall apply to Alan C. Redmond, Bene Markets, LLC and Stephanie Miller in connection with the relief sought by Jason Scott Jordan in both Berks County Civil Dockets 14-17117 and 22-11757, further, the Verdict and Judgment entered against Alan C. Redmond in connection with Berks County Civil Docket 14-17117 are hereby vacated as void;

3. Jason Scott Jordan is enjoined from any further proceeding in Berks County Civil Docket 14-17117 against any party as said proceedings are a violation of the automatic stay in this matter;

4. Berks County Civil Docket 22-11757 is dismissed as wholly in violation of the automatic stay in this matter;

5. In filing the Complaint against Alan C. Redmond, Bene Markets, LLC, and Stephanie Miller docketed to Berks County Civil Docket 22-11757, Jason Scott Jordan, Joel Reedy, Esq., and Cornerstone Law Firm willfully violated the automatic stay and are sanctioned as follows:

   a. Within thirty (30) days of this Order, they shall pay to Alan C. Redmond, Bene Markets, LLC, and Stephanie Miller attorney's fees and costs in the amount of $_____, to which they are joint and severally liable;

   b. Within thirty (30) days of this Order, they shall pay to Alan C. Redmond, Bene Markets, LLC, and Stephanie Miller punitive damages in the amount of $_____, to which they are joint and severally liable.

BY THE COURT:

_____
Hon. Patricia M. Mayer, U.S.D.J.