# EXHIBIT "C"

**Amended Verdict – March 31, 2022**

| | |
|---|---|
| NATIONAL BROKERS OF AMERICA, INC. and ALAN CHRISTOPHER REDMOND, | : IN THE COURT OF COMMON PLEAS : OF BERKS COUNTY, PENNSYLVANIA |
| Plaintiffs | : |
| VS. | : CIVIL ACTION - LAW |
| JASON SCOTT JORDAN, Defendant | : : No. 14-17117 |

## AMENDED ORDER

AND NOW, this 31st day of March, 2022, after consideration of the Motion for Post-Trial Relief and the Response thereto, it is hereby ORDERED that this court declines to grant any relief for the following reasons:

1. This case began in 2014, and the docket summary consists of 14 pages of litigation activity.

2. The Honorable Timothy J. Rowley was the judge assigned to this case, and he made all the decisions in this case. The undersigned was assigned this case after Judge Rowley's retirement. This court has no history with this case.

3. Plaintiffs complain of Judge Rowley's bias and cite off-the-record comments. This court cannot determine facts that are not on the record. Defendant responds that Judge Rowley indicated that he did not find plaintiffs' accountant credible and urged the parties to come to a settlement. Counsel did not raise any objections at trial to any off-the-record conferences or side-bar discussions when the parties went back on the record. This court is not in a position to rule on these issues.

Received County of Berks Prothonotary's Office on 03/31/2022 11:17 AM Docket No. 14-17117

4. It is undisputed that Plaintiff Redmond's witness did not provide complete financial records.

5. It is undisputed that Plaintiff Redmond had a history of refusing to comply with discovery requests.

6. Plaintiff Redmond did not know his yearly income, his monthly income, and his ownership interests in other businesses.  He did not bring any tax returns to his deposition.

7. Plaintiff Redmond's uncooperativeness resulted in sanctions being imposed by Judge Rowley.  Sanctions included not being allowed to testify about information that he should have provided during a deposition.  Pa. R.C.P. 4019(c)(2) permits this sanction.

It is further Ordered that the Prothonotary is directed to immediately enter the Verdict as a judgment for the Defendant and against the Plaintiffs, in the amount of $13,105,197.20 and to index the same.

BY THE COURT:

_____
JEFFREY K. SPRECHER, J.

Received County of Berks Prothonotary's Office on 03/31/2022 11:17 AM Docket No. 14-17117