# EXHIBIT "D"

**Berks County Judgment Index**

 **Berks County Civil System** v2.45 

📋 Home

## Docket Search - Judgment Index

☐ Federal Tax Lien

Enter Docket Number: [ ] [ ]

-OR-

Search by Defendant Name (Last, First):

`national brokers of america`

Filed between: [ ] 📅 and [ ] 📅 (optional)

[Search]     [Print]     [Clear]

---

**NATIONAL BROKERS OF AMERICA BENE MARKET LLC**
 **Pltf:** CAPITAL ADVANCE SERVICES LLC

 **Dkt#:** 18  12177     **Filed:** 06/08/2018   **Amount:** $4,330,493.03    [Select]

 **Disp:**

---

**NATIONAL BROKERS OF AMERICA BENE MARKET LLC**
 **Pltf:** CAPITAL ADVANCE SERVICES LLC

 **Dkt#:** 18  12177     **Filed:** 10/23/2018   **Amount:** $101,990.63    [Select]

 **Disp:**

---

**NATIONAL BROKERS OF AMERICA INC**
 **Pltf:** JORDAN, JASON SCOTT

 **Dkt#:** 14  17117     **Filed:** 03/31/2022   **Amount:** $13,105,197.20    [Select]

 **Disp:**

---

**NATIONAL BROKERS OF AMERICA INC**
 **Pltf:** COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY

 **Dkt#:** 15  18150     **Filed:** 09/22/2015   **Amount:** $9,575.64    [Select]

 **Disp:** Lien Satisfied by Authority

---

**NATIONAL BROKERS OF AMERICA INC**
 **Pltf:** APOLLO INTERACTIVE INC

 **Dkt#:** 15  19946     **Filed:** 10/29/2015   **Amount:** $24,830.42    [Select]

 **Disp:** Judgment Satisfied by Praecipe

---

**NATIONAL BROKERS OF AMERICA INC**
 **Pltf:** COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR & INDUSTRY

 **Dkt#:** 16  1868     **Filed:** 02/11/2016   **Amount:** $4,714.03    [Select]

5/6/24, 6:23 PM  Docket Search Index

Case 19-15488-pmm    Doc 179-5    Filed 05/24/24    Entered 05/24/24 14:31:14    Desc
Exhibit D - Berks County Judgment Index    Page 3 of 4

Disp:

---

**NATIONAL BROKERS OF AMERICA INC**
  Pltf: DOLAN CONSTRUCTION INC

Dkt#:  16  21473    Filed: 07/26/2018    Amount: $16,520.40    [Select]

Disp:

---

**NATIONAL BROKERS OF AMERICA INC**
  Pltf: DOLAN CONSTRUCTION INC

Dkt#:  16  21473    Filed: 07/27/2018    Amount: $16,520.40    [Select]

Disp:

---

**NATIONAL BROKERS OF AMERICA INC**
  Pltf: BORTMES, CRYSTAL

Dkt#:  16  22096    Filed: 12/30/2016    Amount: $184,500.00    [Select]

Disp:

---

**NATIONAL BROKERS OF AMERICA INC**
  Pltf: INSIDE RESPONSE LLC

Dkt#:  17  2215    Filed: 02/16/2017    Amount: $620,737.01    [Select]

Disp:  Judgment Satisfied by Praecipe

---

**NATIONAL BROKERS OF AMERICA INC**
  Pltf: ONE POINT INC

Dkt#:  17  3731    Filed: 03/22/2017    Amount: $12,186.16    [Select]

Disp:

---

**NATIONAL BROKERS OF AMERICA INC**
  Pltf: COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY

Dkt#:  17  20174    Filed: 11/20/2017    Amount: $21,703.82    [Select]

Disp:

---

**NATIONAL BROKERS OF AMERICA INC**
  Pltf: COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY

Dkt#:  18  4255    Filed: 04/26/2018    Amount: $16,631.47    [Select]

Disp:

---

**NATIONAL BROKERS OF AMERICA INC**
  Pltf: CAPITAL ADVANCE SERVICES LLC

Dkt#:  18  12177    Filed: 06/08/2018    Amount: $4,330,493.03    [Select]

Disp:

---

**NATIONAL BROKERS OF AMERICA INC**
  Pltf: CAPITAL ADVANCE SERVICES LLC

**Dkt#:** 18  12177    **Filed:** 10/23/2018  **Amount:** $101,990.63    [Select]

**Disp:**

---

### NATIONAL BROKERS OF AMERICA INC

**Pltf:** PENNSYLVANIA DEPARTMENT OF REVENUE

**Dkt#:** 19  628    **Filed:** 01/22/2019  **Amount:** $88,485.50    [Select]

**Disp:**

---

### NATIONAL BROKERS OF AMERICA INC, A CORPORATION

**Pltf:** UNITED STATES INTERNAL REVENUE SERVICE

**Dkt#:** 17  108  FT    **Filed:** 06/19/2017  **Amount:** $186,155.50    [Select]

**Disp:** Withdrawn

---

Page: 1 of 1

[|<]  [<<]  [>>]  [>|]