**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

NATIONAL BROKERS OF AMERICA, INC.	Chapter 7

    Debtor.	Bankruptcy No. 19-15488-pmm

_____	_____

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    National Brokers of America, Inc. has filed a Motion for Enforcement of the Automatic Stay, Vacating of Judgments as Void, Enjoining Jason Scott Jordan from Pursuing Claims in Berks County Civil Dockets 14-17117 and 22-11757, and for Sanctions Against Jason Scott Jordan, Joel Ready, Esq. and Cornerstone Law Firm for Willful Violations of the Automatic Stay with the court for enforcement of the automatic stay, the vacating of judgment entered in Berks case 14-17117 as void and the enjoinment of Jason Scott Jordan proceeding on Berks County Civil Dockets 14-17117, the dismissal of Berks County Civil Docket 22-11757, and sanction against Jason Scott Jordan, Joel Reedy, Esq., and Cornerstone Law Firm for a willful violation of the automatic stay.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before June 17, 2024 you or your attorney must do <u>all</u> of the following:
   a. File an answer explaining your position at:

      Office of the Clerk
      United States Bankruptcy Court
      The Gateway Building
      201 Penn Street, Suite 103
      Reading, PA 19601

   b. Mail a copy to the movant's attorney:

      Norman M. Valz, Esq.
      441 Irvington Road,
      Drexel Hill, PA  19026

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on June 16, 2020 at 11:00 a.m. at the United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 19601.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Philadelphia, PA
May 24, 2024

RESPECTFULLY SUBMITTED,

___/s/ Norman M. Valz_____
Norman M. Valz, Esquire (Pa. No. 61338)
Attorney for Defendants
Norman M. Valz & Associates, P.C.
490 Norristown Road
Suite 150
Blue Bell, PA 19422
(215) 756-2424
nvalz@msn.com