**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL BROKERS OF AMERICA, INC. | Bankruptcy No. 19-15488-pmm<br><br>Chapter 7. |

**CROSS MOTION OF  DEBTOR'S MOTION FOR ENFORCEMENT OF THE
AUTOMATIC STAY, VACATING OF JUDGMENTS AS VOID, AND ENJOINING
JASON SCOTT JORDAN FROM PURSUING CLAIMS IN BERKS COUNTY CIVIL
DOCKET 14-17117**

For all the reasons stated within the Response and Cross-Motion to Annul the Automatic Stay and Dismiss by Jason Scott Jordan, Joel A. Ready, And Cornerstone Law Firm, LLC in Opposition to Debtor's Motion for Violation of The Automatic Stay, and we hereby move to dismiss the Chapter 7 petition under Bankruptcy Rule 90.14.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: June 17, 2024          By:    /s/ Daniel Hong_____
                                                Daniel Hong, Esquire
                                                I.D. # 332097
                                                8500 Allentown Pike, Suite 3
                                                Blandon, PA 19510
                                                (610) 926-7875

                                                /s/ Joel A Ready_____
                                                Joel A. Ready, Esquire
                                                I.D. # 321966
                                                8500 Allentown Pike, Suite 3
                                                Blandon, PA 19510
                                                (610) 926-7875