### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL BROKERS OF AMERICA, INC. | Bankruptcy No. 19-15488-pmm<br><br>Chapter 7. |

### CERTIFICATE OF SERVICE

I, Valeria Amato, Paralegal, certify that on Tuesday, June 18, 2024, I served true and correct copies of the within Response And Cross-Motion To Annul the Automatic Stay and Dismiss by Jason Scott Jordan, Joel A. Ready, And Cornerstone Law Firm, LLC in Opposition to Debtor's Motion for Violation of the Automatic Stay and this certificate of service via ECF Service and on the attached service list via first class mail postage pre-paid on the date indicated below.

                                                **CORNERSTONE LAW FIRM, LLC**

Dated: June 18, 2024        By:    */s/* Valeria Amato
                                              Valeria Amato, Paralegal