# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL BROKERS OF AMERICA, INC. | Bankruptcy No. 19-15488-pmm <br><br> Chapter 7. |

## CERTIFICATE OF SERVICE

I, Valeria Amato, Paralegal, certify that on Tuesday, June 18, 2024, I served true and correct copies of the Cross Motion of Debtor's Motion for Enforcement of the Automatic Stay, Vacating of Judgments as Void, and Enjoining Jason Scott Jordan from Pursuing Claims in Berks County Civil Docket 14-17117, and this certificate of service via ECF Service and on the attached service list via first class mail postage pre-paid on the date indicated below.

**CORNERSTONE LAW FIRM, LLC**

Dated: June 18, 2024         By:     */s/* Valeria Amato
                                      Valeria Amato, Paralegal