**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

NATIONAL BROKERS OF AMERICA, INC.                    Chapter 7

    Debtor.                                              Bankruptcy No. 19-15488-pmm

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Intervenor, Alan Redmond in the above-captioned matter.

                                            **BOCHETTO & LENTZ, P.C.**

Dated: June 27, 2024                    By:    */s/ David P. Heim*
                                                       George Bochetto, Esquire (27783)
                                                       David P. Heim, Esquire (84323)
                                                       1524 Locust Street
                                                       Philadelphia, PA 19102
                                                       (215) 735-3900
                                                       gbochetto@bochettoandlentz.com
                                                      dheim@bochettoandlentz.com

                                                       *Attorneys for Alan C. Redmond*

## CERTIFICATE OF SERVICE

I, *David P. Heim, Esquire*, hereby certify that a true and correct copy of the forgoing was filed electronically through this Court's ECF System and is available for viewing and downloading from this Court's ECF System. I further certify that an electronic copy of the foregoing was served upon all parties of record through this Court's ECF System.

**BOCHETTO & LENTZ, P.C.**

Dated: June 27, 2024    By:   */s/ David P. Heim, Esquire*
                                    DAVID P. HEIM, ESQUIRE