**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

NATIONAL BROKERS OF AMERICA, INC.    Chapter 7

Debtor.    Bankruptcy No. 19-15488

_____    _____

**DEBTOR'S RESPONSE IN OPPOSITION TO CREDITOR, JASON SCOTT JORDAN's MOTION TO CONTINUE HEARING REGARDING DEBTOR'S MOTION FOR ENFORCEMENT OF THE AUTOMATIC STAY, VACATING OF JUDGMENTS AS VOID, AND ENJOINING JASON SCOTT JORDAN FROM PURSUING CLAIMS IN BERKS COUNTY CIVIL DOCKET 14-17117**

Debtor, National Brokers of America, through undersigned counsel, request that the Court deny Creditor Jason Scott Jordan's Motion to Continue the in person hearing scheduled for Tuesday, July 2nd at 11 a.m. regarding the enforcement of the automatic stay, voiding the judgments entered in Berks County Pennsylvania against Debtor, Alan C. Redmond, and Bene Market, LLC, enjoining Jason Scott Jordan from pursuing claims against the same in Berks County, Pennsylvania, Court of Common Pleas Civil Docket 14-17117, and issuing sanctions against Joel Ready, Esq. and Cornerstone Law Firm.

1. It should be noted that at no time (other than through the filing of this motion) has the attorney for Jason Jordan consulted with or even informed other counsel in this matter that he sought to request a continuance.

2. Counsel for Jason Jordan has had notice of this Motion and the hearing date for weeks as the Amended Notice of Motion was filed June 4, 2024 and counsel for Debtor served him directly and his firm is on the service list for this case.

3. Counsel for Jason Jordan claims his needs this continuance as he has a preliminary hearing scheduled for 1:30 PM July 2nd while our hearing is scheduled at 11 AM that day.

4. Counsel for Jason Jordan should be able to attend both proceedings, but as a compromise, we are willing to allow counsel for Jason Jordan to attend this hearing either telephonically or through Zoom.

5. Counsel for Debtor and counsel for other parties – none of whom have previously been consulted about this requested change in schedule – will be inconvenienced through any last-minute change in schedule.

6. Lastly, it should be noted that the resolution of Debtor's underlying Motion to Enforce the Automatic Stay will be delayed through this Court granting a continuance. Meanwhile, Mr. Jordan and his counsel are actively pursuing their wrongful judgment in state court in violation of the automatic stay. No delay should be permitted, particularly since there is no real scheduling conflict. Counsel for the Creditor can attend both this hearing and the preliminary hearing. Further, there is no reason Counsel cannot have another attorney at his firm to cover this matter or the preliminary hearing matter later in the afternoon.

Accordingly, Debtor requests that this Court deny Jason Scott Jordan's Motion for a Continuance.

[Text Continued on Next Page]

Philadelphia, PA
June 27, 2024

                              RESPECTFULLY SUBMITTED,

                              ___/s/ Norman M. Valz_____
                              Norman M. Valz, Esquire (Pa. No. 61338)
                              Attorney for Defendants
                              Norman M. Valz & Associates, P.C.
                              490 Norristown Road
                              Suite 150
                              Blue Bell, PA 19422
                              (215) 756-2424
                              nvalz@msn.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 27th day of June 2024, upon all registered users in this case in compliance with the Federal Rules of Civil Procedure and the Rules of the Eastern District of Pennsylvania.

Philadelphia, PA
June 27, 2024

                                         RESPECTFULLY SUBMITTED,

                                         ___/s/ Norman M. Valz_____
                                         Norman M. Valz, Esquire (Pa. No. 61338)
                                         Attorney for Defendants
                                         Norman M. Valz & Associates, P.C.
                                         490 Norristown Road
                                         Suite 150
                                         Blue Bell, PA 19422
                                         (215) 756-2424
                                         nvalz@msn.com