**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL BROKERS OF AMERICA, INC. | Bankruptcy No. 19-15488-pmm <br><br> Chapter 7. |

## **ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of Creditor's Motion to Request Continuance, and any response thereto, it is hereby ORDERED and DECREED that the hearing scheduled for July 2, 2024, at 11a.m. regarding the Debtor's Motion for Enforcement of the Automatic Stay is continued to date and time in the future that is convenient for the Court.

BY THE COURT:

DATE: _____

Hon. Patricia M. Mayer, U.S.B.J

1