**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| **National Brokers of America, Inc.,** | : | |
| Debtor. | : | Case No. **19-15488 (PMM)** |

## ORDER DENYING MOTION

**AND NOW**, upon consideration of the Motion to Continue Hearing (doc. #188, the "Motion") and the Response thereto (doc. #191);

It is hereby **ordered** that the Motion is **denied**. The hearing will take place, as scheduled, on July 2, 2024.

Dated: 6/28/24

*Patricia M. Mayer*

———————————————
Hon. Patricia M. Mayer
United States Bankruptcy Judge