United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
National Brokers of America, Inc.  
    Debtor

Case No. 19-15488-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3  
Date Rcvd: Jun 28, 2024     Form ID: pdf900     Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | National Brokers of America, Inc., 354 Penn Street, Reading, PA 19602-1010 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510, UNITED STATES 19510-9101 |
| sp | #+ | GELLERT SCALI BUSENKELL & BROWN, 8 Penn Center, 1628 John F. Kennedy, ste 1901, Philadelphia, Pa 19103-2113 |
| cr | + | Jason Scott Jordan, c/o David W. Crossett, Esq., 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| cr | + | Jimmy Christopher Davis, c/o Cibik Law, P.C., 1500 Walnut St Ste 900, Philadelphia, PA 19102-3518 |
| cr | + | Joel A. Ready, Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510 UNITED STATES 19510-9101 |
| cr | + | Shoreline Financial Group, LLC, Kozloff, Stoudt, c/o Charles N. Shurr, Jr., Esq., 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14383214 | + | Alan Redmond, 4 South 4th Street, Floor 3, Reading, PA 19602-2819 |
| 14902242 | + | Alan Redmond, C/O David P. Heim, 1524 Locust Street, Philadelphia, PA 19102-4401 |
| 14420779 | + | Jason Scott Jordan, c/o David W. Crossett, Esquire, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14504057 | + | National Brokers of America, Inc., C/O CHARLES N. SHURR, JR., Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 29 2024 00:48:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 29 2024 00:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| acc | + | Email/Text: rsnyder@sharerpbs.com | Jun 29 2024 00:48:00 | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Rd., Suite 105B, Voorhees, NJ 08043-4376 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Flaster/Greenberg P.C., 1835 Market Street, Suite 1050, Philadelphia, PA 19103-2913 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 28, 2024 | Form ID: pdf900 | Total Noticed: 15 |

belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BARRY W. SAWTELLE | on behalf of Creditor Shoreline Financial Group LLC bsawtelle@kozloffstoudt.com, dgabala@kozloffstoudt.com;gtooth@kozloffstoudt.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Shoreline Financial Group LLC cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com |
| DANIEL HONG | on behalf of Creditor Jason Scott Jordan daniel@cornerstonelaw.us valeria@cornerstonelaw.us,jovan@cornerstonelaw.us,steve@sottolaw.com,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| DANIEL HONG | on behalf of Creditor Joel A. Ready daniel@cornerstonelaw.us valeria@cornerstonelaw.us,jovan@cornerstonelaw.us,steve@sottolaw.com,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| DANIEL HONG | on behalf of Creditor Cornerstone Law Firm LLC daniel@cornerstonelaw.us, valeria@cornerstonelaw.us,jovan@cornerstonelaw.us,steve@sottolaw.com,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| DAVID P. HEIM | on behalf of Intervenor Alan Redmond dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com |
| DAVID W. CROSSETT | on behalf of Creditor Jason Scott Jordan david@cornerstonelaw.us  erica@cornerstonelaw.us |
| DAVID W. CROSSETT | on behalf of Defendant Jason Scott Jordan david@cornerstonelaw.us  erica@cornerstonelaw.us |
| GEORGE BOCHETTO | on behalf of Intervenor Alan Redmond gbochetto@bochettoandlentz.com mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| HOLLY SMITH MILLER | on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com  abrown@gsbblaw.com |
| JOEL A. READY | on behalf of Creditor Joel A. Ready info@cornerstonelaw.us |
| JOEL A. READY | on behalf of Creditor Cornerstone Law Firm LLC info@cornerstonelaw.us |
| JOEL A. READY | on behalf of Creditor Jason Scott Jordan info@cornerstonelaw.us |
| MICHAEL I. ASSAD | on behalf of Creditor Jimmy Christopher Davis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| NORMAN M. VALZ | on behalf of Debtor National Brokers of America Inc. nvalz@msn.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2024 | Form ID: pdf900 | Total Noticed: 15 |

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J. BURNETT
  on behalf of Plaintiff National Brokers of America Inc. william.burnett@flastergreenberg.com,
  william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
  on behalf of Accountant Sharer Petree Brotz & Snyder william.burnett@flastergreenberg.com
  william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
  on behalf of Trustee ROBERT H. HOLBER william.burnett@flastergreenberg.com
  william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
  on behalf of Attorney Flaster/Greenberg P.C. william.burnett@flastergreenberg.com
  william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

TOTAL: 22

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 7** |
| **National Brokers of America, Inc.,** | : | |
| Debtor. | : | Case No. **19-15488** (PMM) |

_____

### ORDER DENYING MOTION

**AND NOW**, upon consideration of the Motion to Continue Hearing (doc. #188, the "Motion") and the Response thereto (doc. #191);

It is hereby **ordered** that the Motion is **denied**. The hearing will take place, as scheduled, on July 2, 2024.

Dated: 6/28/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge