**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
|    NATIONAL BROKERS OF AMERICA, INC., | : Bankruptcy No. 19-15488-pmm |
|         Debtor | : Chapter 7 |
| | : |
| | : |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF COURTS:**

Kindly enter my appearance on behalf of Debtor only.

                Respectfully submitted,

                DEMING LAW OFFICE, LLC

Dated: July 1, 2024        By:     s/Osmer S. Deming
                                       Osmer S. Deming, Esquire
                                       Attorney I.D. No. 85546
                                       38 North 6th Street
                                       Reading, PA 19601
                                       (610) 372-4910
                                            *Counsel for Debtor,*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| NATIONAL BROKERS OF AMERICA, INC., | : Bankruptcy No. 19-15488-pmm |
| Debtor | : Chapter 7 |
| | : |
| | : |

**CERTIFICATE OF SERVICE**

I, Osmer S. Deming, Esquire, attorney for the above captioned Debtor, hereby certify that a true and correct copy of foregoing has been served upon all interested counsel and creditors via the electronic filing system per the Rules of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

Dated: July 1, 2024                    /s/:   Osmer S. Deming, Esquire
                                              Osmer S. Deming, Esquire
                                              38 North 6th Street
                                              Reading, PA 19601
                                              (610) 372-4910