## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| National Brokers of America, Inc., | : | Case No.  19-15488 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Enforce the Automatic Stay and to Void the Judgment in Violation of Automatic Stay (doc. # 179, the "Motion") and the Objections thereto (doc. #'s 184, 193);

AND upon consideration of the Cross Motion to Annul the Automatic Stay filed by Jason Scott Jordan, Joel A. Ready, and Cornerstone Law Firm, LLC (doc. # 184, the "Cross Motion");

AND following a hearing on the Motion and Cross Motion;

AND for the reasons stated in the accompanying Memorandum Opinion:

It is hereby **ORDERED** that:

1) The Amended Judgment in the First State Court Action (as defined in the Opinion) is

    **stricken only with regard to the Debtor**;

2) In all respects, the Motion is **denied**; and

3) The Cross Motion is **denied**.

**Date: 10/18/24**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE