United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15488-pmm |
| National Brokers of America, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 18, 2024 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | National Brokers of America, Inc., 354 Penn Street, Reading, PA 19602-1010 |
| aty | + | OSMER S. DEMMING, 38 North 6th Street, Reading, PA 19601-3523 |
| cr | + | Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510, UNITED STATES 19510-9101 |
| cr | + | Jason Scott Jordan, c/o David W. Crossett, Esq., 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14902242 | + | Alan Redmond, C/O David P. Heim, 1524 Locust Street, Philadelphia, PA 19102-4401 |
| 14383214 | + | Alan Redmond, 4 South 4th Street, Floor 3, Reading, PA 19602-2819 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 19 2024 00:04:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2024                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BARRY W. SAWTELLE | on behalf of Creditor Shoreline Financial Group  LLC bsawtelle@kozloffstoudt.com, dgabala@kozloffstoudt.com;gtooth@kozloffstoudt.com |

| | |
|---|---|
| CHARLES N. SHURR, JR. | on behalf of Creditor Shoreline Financial Group  LLC cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com |
| DANIEL HONG | on behalf of Creditor Jason Scott Jordan daniel@cornerstonelaw.us valeria@cornerstonelaw.us,jovan@cornerstonelaw.us,steve@sottolaw.com,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| DANIEL HONG | on behalf of Creditor Joel A. Ready daniel@cornerstonelaw.us valeria@cornerstonelaw.us,jovan@cornerstonelaw.us,steve@sottolaw.com,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| DANIEL HONG | on behalf of Creditor Cornerstone Law Firm  LLC daniel@cornerstonelaw.us, valeria@cornerstonelaw.us,jovan@cornerstonelaw.us,steve@sottolaw.com,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| DAVID P. HEIM | on behalf of Intervenor Alan Redmond dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com |
| DAVID W. CROSSETT | on behalf of Creditor Jason Scott Jordan david@cornerstonelaw.us  erica@cornerstonelaw.us |
| DAVID W. CROSSETT | on behalf of Defendant Jason Scott Jordan david@cornerstonelaw.us  erica@cornerstonelaw.us |
| GEORGE BOCHETTO | on behalf of Intervenor Alan Redmond gbochetto@bochettoandlentz.com mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| HOLLY SMITH MILLER | on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com  abrown@gsbblaw.com |
| JOEL A. READY | on behalf of Creditor Joel A. Ready joel@cornerstonelaw.us |
| JOEL A. READY | on behalf of Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us |
| JOEL A. READY | on behalf of Creditor Jason Scott Jordan joel@cornerstonelaw.us |
| MICHAEL A. CIBIK | on behalf of Creditor Jimmy Christopher Davis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| NORMAN M. VALZ | on behalf of Debtor National Brokers of America  Inc. nvalz@msn.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J. BURNETT | on behalf of Accountant Sharer Petree Brotz & Snyder william.burnett@flastergreenberg.com william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com |
| WILLIAM J. BURNETT | on behalf of Trustee ROBERT H. HOLBER william.burnett@flastergreenberg.com william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com |
| WILLIAM J. BURNETT | on behalf of Attorney Flaster/Greenberg P.C. william.burnett@flastergreenberg.com william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com |
| WILLIAM J. BURNETT | on behalf of Plaintiff National Brokers of America  Inc. william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com |

TOTAL: 22

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| **National Brokers of America, Inc.,** | : | Case No.   19-15488 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Enforce the Automatic Stay and to Void the Judgment in Violation of Automatic Stay (doc. # 179, the "Motion") and the Objections thereto (doc. #'s 184, 193);

AND upon consideration of the Cross Motion to Annul the Automatic Stay filed by Jason Scott Jordan, Joel A. Ready, and Cornerstone Law Firm, LLC (doc. # 184, the "Cross Motion");

AND following a hearing on the Motion and Cross Motion;

AND for the reasons stated in the accompanying Memorandum Opinion:

It is hereby **ORDERED** that:

1) The Amended Judgment in the First State Court Action (as defined in the Opinion) is **stricken only with regard to the Debtor**;

2) In all respects, the Motion is **denied**; and

3) The Cross Motion is **denied**.

*/s/ Patricia M. Mayer/*

**Date: 10/18/24**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**