# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL BROKERS OF AMERICA, INC.,<br><br>Debtor. | Chapter 7<br><br>Bankruptcy No. 19-15488 |

## ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE
## TO ABANDON CERTAIN PROPTERY

AND NOW, upon consideration of Trustee's Motion for an Order Approving Abandonment of Certain Property (the "Motion")[1] it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The future Health Insurance Commissions and the residual of the Redmond Settlement are hereby abandoned pursuant to 11 U.S.C. § 554(a).

Dated:

                        The Honorable Patricia M. Mayer
                        United States Bankruptcy Judge

---

[1] All capitalized terms not otherwise defined herein shall have the respective meanings ascribed thereto in the Motion.

11499781 v1