**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>NATIONAL BROKERS OF AMERICA, INC.,<br><br><div align="center">Debtor.</div> | Chapter 7<br><br>Bankruptcy No. 19-15488 |

<u>**CERTIFICATE OF SERVICE**</u>

I, Jennifer Vagnozzi, hereby certify that on December 4, 2024, I served a true and

correct copy of the foregoing Motion to Abandon Certain Property and Notice of Motion

via CM/ECF to all parties entitled to notice, and via First Class Mail to the parties listed

on the attached Matrix.

Dated:  December 4, 2024          */s/ Jennifer Vagnozzi*
                                                    Jennifer Vagnozzi, Paralegal

Label Matrix for local noticing
0313-4
Case 19-15488-pmm
Eastern District of Pennsylvania
Reading
Tue Dec  3 09:14:24 EST 2024

Commonwealth of PA ; UCTS
651 Boas Street, Room 925
Harrisburg, PA 17121-0751

Cornerstone Law Firm, LLC
8500 Allentown Pike
Suite 3
Blandon, PA 19510-9101

Flaster/Greenberg P.C.
1835 Market Street
Suite 1050
Philadelphia, PA 19103-2913

GELLERT SCALI BUSENKELL & BROWN
8 Penn Center
1628 John F. Kennedy
ste 1901
Philadelphia, Pa 19103-2113

National Brokers of America, Inc.
354 Penn Street
Reading, PA 19602-1010

Sharer Petree Brotz & Snyder
1103 Laurel Oak Rd.
Suite 105B
Voorhees, NJ 08043-4376

Shoreline Financial Group, LLC
Kozloff, Stoudt
c/o Charles N. Shurr, Jr., Esq.
2640 Westview Drive
Wyomissing, PA 19610-1186

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

Reading
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601-4038

Alan Redmond
4 South 4th Street
Floor 3
Reading, PA 19602-2819

Alan Redmond
C/O David P. Heim
1524 Locust Street
Philadelphia, PA 19102-4401

COMMONWEALTH OF PA  UCTS
DEPARTMENT OF LABOR AND INDUSTRY
COLLECTIONS SUPPORT UNIT
651 BOAS STREET, ROOM 925
HARRISBURG, PA 17121-0751

Capital Advance Services LLC
80 Broad Street, Suite 3303
New York, NY 10004-2845

Capital Advance Services, LLC
c/o Steven Koplove, Esq.
Kraft & Kraft
3200 Pennrose Ferry Road
Philadelphia, PA 19145-5500

Dentons Cohen & Grigsby P.C., as Agent
c/o Jeffrey P. Ward, Esq.
625 Liberty Avenue
Pittsburgh, PA 15222-3152

Evan King
Klein Moynihan Turco LLP
450 Seventh Ave.
40th Floor
New York, NY 10123-4000

Inside Response LLc
c/o Christopher P. Koval, Esq.
809 Easton Road
PO Box M
Willow Grove, PA 19090-2004

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jason Scott Jordan
c/o David W. Crossett, Esquire
8500 Allentown Pike
Suite 3
Blandon, PA 19510-9101

Jimmy Christopher Davis
P.O. Box 669521
Pompano  Beach, FL 33066-9521

Jimmy Christopher Davis
c/o Michael I. Assad, Esq.
1500 Walnut Street, Suite 900
Philadelphia PA 19102-3518

National Brokers of America, Inc.
C/O CHARLES N. SHURR, JR.
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610-1186

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA  17128-0946

Pennsylvania Department of Revenue
PO Box 280946
Harrisburg, PA 17128-0946

Plan Z LLC
c/o jeffrey P. Ward, Esq.
625 Liberty Avenue
Pittsburgh, PA 15222-3110

Precise Leads
Klein, Moyniham and Truco LLP
450 7th Ave
New York, NY 10123-0101

Precise Leads, Inc.
c/o Klein Moynihan Turco LLP
450 Seventh Avenue
40th Floor
New York, NY 10123-4000

SHORELINE FINANCIAL GROUP, INC.
5301 10TH AVENUE NORTH
GREENACRES,FL 33463-2054

Jason Scott Jordan
c/o David W. Crossett, Esq.
8500 Allentown Pike
Suite 3
Blandon, PA 19510-9101

Jimmy Christopher Davis
c/o Cibik Law, P.C.
1500 Walnut St Ste 900
Philadelphia, PA 19102-3518

Joel A. Ready
Cornerstone Law Firm, LLC
8500 Allentown Pike
Suite 3
Blandon, PA 19510-9101

NORMAN M. VALZ
Norman M. Valz & Associates, P.C.
441 Irvington Road
Drexel Hill, PA 19026-1320

OSMER S. DEMMING
38 North 6th Street
Reading, PA 19601-3523

ROBERT H. HOLBER
Robert H. Holber PC
41 East Front Street
Media, PA 19063-2911

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alan Redmond

End of Label Matrix
Mailable recipients   34
Bypassed recipients    1
Total                 35