# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL BROKERS OF AMERICA, INC.,<br><br>Debtor. | Chapter 7<br><br>Bankruptcy No. 19-15488 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 4, 2024, the Chapter 7 Trustee filed a Motion to Abandon Certain Property of the Estate (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **December 31, 2024 by 4:00 p.m.** you or your attorney must do all of the following:

    a. File an answer explaining your position at:

    Office of the Clerk
    United States Bankruptcy Court
    The Gateway Building
    201 Penn Street, Suite 103
    Reading, PA 19601

    b. Mail a copy to the movant's attorney:

    William J. Burnett, Esquire
    FLASTER/GREENBERG P.C.
    1717 Arch Street, Suite 3300
    Philadelphia, PA 19103

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on **January 7, 2025 at 11:00 a.m.** at the United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 19601.

11499781 v1

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: December 4, 2024          */s/ William J. Burnett*
                                        William J. Burnett, Esquire