**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>NATIONAL BROKERS OF AMERICA, INC.,<br><br>Debtor. | Chapter 7<br><br>Bankruptcy No. 19-15488 |

**CERTIFICATE OF SERVICE**

I, Jennifer Vagnozzi, hereby certify that on December 4, 2024, I served a true and correct copy of the foregoing Motion to Abandon Certain Property and Notice of Motion via CM/ECF to all parties entitled to notice, and via First Class Mail to the parties listed on the attached Matrix.

Dated:  December 4, 2024        */s/ Jennifer Vagnozzi*
                                Jennifer Vagnozzi, Paralegal

11499781 v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 19-15488-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Tue Dec  3 09:14:24 EST 2024 | Commonwealth of PA ; UCTS<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121-0751 | Cornerstone Law Firm, LLC<br>8500 Allentown Pike<br>Suite 3<br>Blandon, PA 19510-9101 |
| Flaster/Greenberg P.C.<br>1835 Market Street<br>Suite 1050<br>Philadelphia, PA 19103-2913 | GELLERT SCALI BUSENKELL & BROWN<br>8 Penn Center<br>1628 John F. Kennedy<br>ste 1901<br>Philadelphia, Pa 19103-2113 | National Brokers of America, Inc.<br>354 Penn Street<br>Reading, PA 19602-1010 |
| Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Rd.<br>Suite 105B<br>Voorhees, NJ 08043-4376 | Shoreline Financial Group, LLC<br>Kozloff, Stoudt<br>c/o Charles N. Shurr, Jr., Esq.<br>2640 Westview Drive<br>Wyomissing, PA 19610-1186 | United States Trustee<br>Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 |
| Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 | Alan Redmond<br>4 South 4th Street<br>Floor 3<br>Reading, PA 19602-2819 | Alan Redmond<br>C/O David P. Heim<br>1524 Locust Street<br>Philadelphia, PA 19102-4401 |
| COMMONWEALTH OF PA  UCTS<br>DEPARTMENT OF LABOR AND INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS STREET, ROOM 925<br>HARRISBURG, PA 17121-0751 | Capital Advance Services LLC<br>80 Broad Street, Suite 3303<br>New York, NY 10004-2845 | Capital Advance Services, LLC<br>c/o Steven Koplove, Esq.<br>Kraft & Kraft<br>3200 Pennrose Ferry Road<br>Philadelphia, PA 19145-5500 |
| Dentons Cohen & Grigsby P.C., as Agent<br>c/o Jeffrey P. Ward, Esq.<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152 | Evan King<br>Klein Moynihan Turco LLP<br>450 Seventh Ave.<br>40th Floor<br>New York, NY 10123-4000 | Inside Response LLc<br>c/o Christopher P. Koval, Esq.<br>809 Easton Road<br>PO Box M<br>Willow Grove, PA 19090-2004 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jason Scott Jordan<br>c/o David W. Crossett, Esquire<br>8500 Allentown Pike<br>Suite 3<br>Blandon, PA 19510-9101 | Jimmy Christopher Davis<br>P.O. Box 669521<br>Pompano  Beach, FL 33066-9521 |
| Jimmy Christopher Davis<br>c/o Michael I. Assad, Esq.<br>1500 Walnut Street, Suite 900<br>Philadelphia PA 19102-3518 | National Brokers of America, Inc.<br>C/O CHARLES N. SHURR, JR.<br>Kozloff Stoudt<br>2640 Westview Drive<br>Wyomissing, PA 19610-1186 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 |
| Pennsylvania Department of Revenue<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | Plan Z LLC<br>c/o jeffrey P. Ward, Esq.<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3110 | Precise Leads<br>Klein, Moyniham and Truco LLP<br>450 7th Ave<br>New York, NY 10123-0101 |
| Precise Leads, Inc.<br>c/o Klein Moynihan Turco LLP<br>450 Seventh Avenue<br>40th Floor<br>New York, NY 10123-4000 | SHORELINE FINANCIAL GROUP, INC.<br>5301 10TH AVENUE NORTH<br>GREENACRES,FL 33463-2054 | Jason Scott Jordan<br>c/o David W. Crossett, Esq.<br>8500 Allentown Pike<br>Suite 3<br>Blandon, PA 19510-9101 |

| | | |
|---|---|---|
| Jimmy Christopher Davis<br>c/o Cibik Law, P.C.<br>1500 Walnut St Ste 900<br>Philadelphia, PA 19102-3518 | Joel A. Ready<br>Cornerstone Law Firm, LLC<br>8500 Allentown Pike<br>Suite 3<br>Blandon, PA 19510-9101 | NORMAN M. VALZ<br>Norman M. Valz & Associates, P.C.<br>441 Irvington Road<br>Drexel Hill, PA 19026-1320 |
| OSMER S. DEMMING<br>38 North 6th Street<br>Reading, PA 19601-3523 | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063-2911 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alan Redmond

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35