## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: NATIONAL BROKERS OF AMERICA, INC., Debtor. | Chapter 7 Bankruptcy No. 19-15488 |
|---|---|

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies as follows:

1. The Motion to Abandon Certain Property of the Estate (the "Motion") was filed on December 4, 2024 [Docket No. 209].

2. The Motion, together with Notice of Motion [Docket No. 210], were served upon the parties entitled to notice, as reflected in the Certificate of Service filed with the Motion and Notice.

3. As of the date hereof, undersigned counsel has not received any answers or objections to the Motion. A review of the docket in this case reflects that no answers or objections have been filed.

4. Pursuant to the foregoing, the undersigned certifies that the Motion is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court approve the Motion.

**FLASTER/GREENBERG P.C.**

Dated: January 2, 2025

By: */s/ William J. Burnett*
William J. Burnett, Esquire
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
Telephone 215-279-9383
Facsimile 215-279-9394

*Counsel for Robert H. Holber, Chapter 7 Trustee*

7794802 v1