**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Chapter 7 |
|---|---|
| NATIONAL BROKERS OF AMERICA, INC., | Bankruptcy No. 19-15488 |
| Debtor. | |

## ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE
## TO ABANDON CERTAIN PROPTERY

AND NOW, upon consideration of Trustee's Motion for an Order Approving

Abandonment of Certain Property (the "Motion")[1] it is hereby ORDERED that:

1.   The Motion is GRANTED.

2.   The future Health Insurance Commissions and the residual of the

Redmond Settlement are hereby abandoned pursuant to 11 U.S.C. § 554(a).

Dated:

**January 6, 2025**

_____
The Honorable Patricia M. Mayer
United States Bankruptcy Judge

---

[1]      All capitalized terms not otherwise defined herein shall have the respective meanings ascribed thereto in the Motion.