January 6, 2025
Bill Number  467395


Holber, Robert (Chapter 7 Trustee)


**Through December 31, 2024**


RE:  National Brokers of America

File Number:  H0787.0024


**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/05/23 | JLV | Email to K. Aubry regarding invoice for fee application | 0.10 | 22.50 |
| 10/06/23 | JLV | Draft FG Second Interim Fee Application; email to W. Burnett | 1.20 | 270.00 |
| 10/18/23 | JLV | Email to R. Holber re: 2nd Interim Fee Application | 0.10 | 22.50 |
| 10/23/23 | JLV | Follow-up with R. Holber re: FG's 2nd Interim Fee App | 0.10 | 22.50 |
| 10/25/23 | JLV | Finzlize, Efile and serve FG's 2nd Interim Fee App; calendar objection deadline | 0.50 | 112.50 |
| 11/03/23 | JLV | Draft Sharer PFO, Notice and COS; Finalize fee app and Efile; serve and calendar objection deadline | 1.00 | 225.00 |
| 11/09/23 | JLV | Draft and Efile CNO for FG's Second Interim Fee App | 0.30 | 67.50 |
| 11/20/23 | JLV | Draft and Efile CNO for Sharer's 2nd Interim Fee Application | 0.40 | 90.00 |
| 05/28/24 | WJB | Review motion for sanctions for stay violation | 0.70 | 458.50 |


_____

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

_____

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

_____

* - Interest Accumulated Since Last Invoice

January 6, 2025
Bill Number  467395


Holber, Robert (Chapter 7 Trustee)


**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/28/24 | WJB | Telephone from Robert Holber regarding motion for stay violation | 0.20 | 131.00 |
| 06/27/24 | WJB | Review pleadings filed by Jason Scott Jordan, as well as Alan Redmond and prepare review and revise trustee response. | 1.20 | 786.00 |
| 06/28/24 | JLV | Prepare Response to Docket Nos. 179, 184, 185 and 189; email with W. Burnett re: same | 0.80 | 188.00 |
| 06/28/24 | JLV | Prepare Cert of Service; efile Response | 0.30 | 70.50 |
| 06/28/24 | WJB | Review and revise response to stay relief pleadings | 0.60 | 393.00 |
| 07/03/24 | JLV | Download order approving Motion to Enforce; email to W. Burnett re: same | 0.10 | 23.50 |
| 12/02/24 | WJB | Email correspondence regarding abandonment of insurance commissions | 0.20 | 131.00 |
| 12/02/24 | WJB | Draft initial notes for motion to abandoned insurance commissions | 0.70 | 458.50 |
| 12/03/24 | JLV | Draft Motion to Abandon package; email with W. Burnett re: same | 1.40 | 329.00 |
| 12/03/24 | JLV | Telephone call with W. Burnett; review Redmond settlement agreement; revise Motion to Abandon to include Redmond claim | 1.00 | 235.00 |
| 12/03/24 | WJB | Review and revise motion to abandon | 0.80 | 524.00 |
| 12/04/24 | JLV | Efile Motion to Abandon; calendar objection and hearing dates; serve on parties | 0.50 | 117.50 |
| 12/04/24 | JLV | Proofread Motion to Abandon and email to R. Holber for final approval | 0.30 | 70.50 |

_____

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks
_____

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".
_____

\* - Interest Accumulated Since Last Invoice

January 6, 2025
Bill Number  467395

Holber, Robert (Chapter 7 Trustee)

**PROFESSIONAL SERVICES PERFORMED**

| Date | Prof | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/04/24 | JLV | Email correspondence with Accounting regarding filing fee for Motion to Abandon | 0.10 | 23.50 |
| | | **Totals for** | **12.60** | **4772.00** |
| | | **TOTAL PROFESSIONAL SERVICES** | | **$4,772.00** |

Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks

Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate
of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please
logon to our website at www.FlasterGreenberg.com and select "Manage My Account".

\* - Interest Accumulated Since Last Invoice