January 6, 2025
Bill Number 467395

Holber, Robert (Chapter 7 Trustee)

**COSTS ADVANCED**

Filing Fee

| | | |
|---|---|---|
| 12/04/24 | PA Eastern Bankruptcy Court-Filing Fee for Motion to Abandon | 199.00 |
| | | 199.00 |
| | **TOTAL COSTS ADVANCED** | **$199.00** |

---
Please make checks payable to Flaster/Greenberg, and include client and matter number on all checks
---
Payments for services are due upon receipt.  Outstanding bills over 30 days will accrue Interest at the rate of 1.25% per month (15% per annum) on the unpaid balance.  To make a payment by credit card, please logon to our website at www.FlasterGreenberg.com and select "Manage My Account".
---
\* - Interest Accumulated Since Last Invoice