# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> NATIONAL BROKERS OF AMERICA, INC., <br><br> Debtor. | Chapter 7 <br><br> Bankruptcy No. 19-15488-PMM |

## CERTIFICATION OF WILLIAM J. BURNETT

WILLIAM J. BURNETT, ESQUIRE, being duly sworn according to law, deposes and says that he is a shareholder in the law firm of Flaster/Greenberg, P.C., attorney for the Trustee; that he is authorized to make this Certification on its behalf; that the facts set forth in the foregoing Application are true and correct to the best of his information, knowledge and belief; that Applicant has no agreement, directly or indirectly, and that no understanding exists in any form or guise with any person for a division of the compensation herein requested, except that compensation to be received by Applicant will be shared among Applicant's shareholders and employees.

Dated: February 27, 2025          */s/ William J. Burnett*
                                   William J. Burnett