# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL BROKERS OF AMERICA, INC.,<br><br>Debtor. | Chapter 7<br><br>Bankruptcy No. 19-15488-PMM |

## CERTIFICATE OF SERVICE

I, Jennifer Vagnozzi, hereby certify that on this 27th day of February 2025, a true and correct copy of the Third Interim and Final Application of Flaster/Greenberg P.C., for Compensation and Reimbursement of Expenses (the "Application"), together with the Notice of Application, was served via first class mail, postage prepaid, upon the parties listed below:

| | |
|---|---|
| United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut St., Suite 500<br>Philadelphia, PA 19107-4405 | Robert H. Holber<br>Law Office of Robert H. Holber P.C.<br>41 East Front Street<br>Media, PA 19063 |
| National Brokers of America<br>354 Penn Street<br>Reading, PA 19602 | Barry W. Sawtelle, Esquire<br>Kozloff Stoudt<br>2640 Westview Drive<br>Wyomissing, PA 19610 |
| Norman A. Valz, Esquire<br>Norman M. Valz & Associates, P.C.<br>441 Irvington Road, 2nd Floor<br>Drexel Hill, PA 19026 | |
| Holly Smith Miller, Esquire<br>Gellert Scali Busenkell & Brown, LLC<br>8 Penn Center<br>1628 John F. Kennedy Boulevard<br>Suite 1901<br>Philadelphia, PA 19103 | |

11542395 v1

I further certify that a true and correct copy of the Notice of Application was served via first class mail, postage prepaid upon the parties on the attached matrix.

Dated:  February 27, 2025                /s/ *Jennifer Vagnozzi*
                                          Jennifer Vagnozzi, Paralegal

11542395 v1

```
Label Matrix for local noticing        Commonwealth of PA - UCTS              Cornerstone Law Firm, LLC
0313-4                                 651 Boas Street, Room 925              8500 Allentown Pike
Case 19-15488-pmm                      Harrisburg, PA 17121-0751              Suite 3
Eastern District of Pennsylvania                                              Blandon, PA 19510-9101
Reading
Tue Dec  3 09:14:24 EST 2024

Flaster/Greenberg P.C.                 GELLERT SCALI BUSENKELL & BROWN        National Brokers of America, Inc.
1835 Market Street                     8 Penn Center                          354 Penn Street
Suite 1050                             1628 John F. Kennedy                   Reading, PA 19602-1010
Philadelphia, PA 19103-2913            ste 1901
                                       Philadelphia, Pa 19103-2113

Sharer Petree Brotz & Snyder           Shoreline Financial Group, LLC         United States Trustee
1103 Laurel Oak Rd.                    Kozloff, Stoudt                        Office of the U.S. Trustee
Suite 105B                             c/o Charles N. Shurr, Jr., Esq.        Robert N.C. Nix Federal Building
Voorhees, NJ 08043-4376                2640 Westview Drive                    Suite 320
                                       Wyomissing, PA 19610-1186              Philadelphia, PA 19107

Reading                                Alan Redmond                           Alan Redmond
United States Bankruptcy Court         4 South 4th Street                     C/O David P. Heim
Office of the Clerk, Gateway Building  Floor 3                                1524 Locust Street
201 Penn Street, 1st Floor             Reading, PA 19602-2819                 Philadelphia, PA 19102-4401
Reading, PA 19601-4038

COMMONWEALTH OF PA  UCTS               Capital Advance Services LLC           Capital Advance Services, LLC
DEPARTMENT OF LABOR AND INDUSTRY       80 Broad Street, Suite 3303            c/o Steven Koplove, Esq.
COLLECTIONS SUPPORT UNIT               New York, NY 10004-2845                Kraft & Kraft
651 BOAS STREET, ROOM 925                                                     3200 Pennrose Ferry Road
HARRISBURG, PA 17121-0751                                                     Philadelphia, PA 19145-5500

Dentons Cohen & Grigsby P.C., as Agent Evan King                              Inside Response LLc
c/o Jeffrey P. Ward, Esq.              Klein Moynihan Turco LLP               c/o Christopher P. Koval, Esq.
625 Liberty Avenue                     450 Seventh Ave.                       809 Easton Road
Pittsburgh, PA 15222-3152              40th Floor                             PO Box M
                                       New York, NY 10123-4000                Willow Grove, PA 19090-2004

Internal Revenue Service               Jason Scott Jordan                     Jimmy Christopher Davis
PO Box 7346                            c/o David W. Crossett, Esquire         P.O. Box 669521
Philadelphia, PA 19101-7346            8500 Allentown Pike                    Pompano  Beach, FL 33066-9521
                                       Suite 3
                                       Blandon, PA 19510-9101

Jimmy Christopher Davis                National Brokers of America, Inc.      Pennsylvania Department of Revenue
c/o Michael I. Assad, Esq.             C/O CHARLES N. SHURR, JR.              Bankruptcy Division PO Box 280946
1500 Walnut Street, Suite 900          Kozloff Stoudt                         Harrisburg, PA   17128-0946
Philadelphia PA 19102-3518             2640 Westview Drive
                                       Wyomissing, PA 19610-1186

Pennsylvania Department of Revenue     Plan Z LLC                             Precise Leads
PO Box 280946                          c/o jeffrey P. Ward, Esq.              Klein, Moyniham and Truco LLP
Harrisburg, PA 17128-0946              625 Liberty Avenue                     450 7th Ave
                                       Pittsburgh, PA 15222-3110              New York, NY 10123-0101

Precise Leads, Inc.                    SHORELINE FINANCIAL GROUP, INC.        Jason Scott Jordan
c/o Klein Moynihan Turco LLP           5301 10TH AVENUE NORTH                 c/o David W. Crossett, Esq.
450 Seventh Avenue                     GREENACRES,FL 33463-2054               8500 Allentown Pike
40th Floor                                                                    Suite 3
New York, NY 10123-4000                                                       Blandon, PA 19510-9101
```

Jimmy Christopher Davis
c/o Cibik Law, P.C.
1500 Walnut St Ste 900
Philadelphia, PA 19102-3518

Joel A. Ready
Cornerstone Law Firm, LLC
8500 Allentown Pike
Suite 3
Blandon, PA 19510-9101

NORMAN M. VALZ
Norman M. Valz & Associates, P.C.
441 Irvington Road
Drexel Hill, PA 19026-1320

OSMER S. DEMMING
38 North 6th Street
Reading, PA 19601-3523

ROBERT H. HOLBER
Robert H. Holber PC
41 East Front Street
Media, PA 19063-2911

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alan Redmond

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35