**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>NATIONAL BROKERS OF AMERICA, INC.,<br><br>Debtor. | Chapter 7<br><br>Bankruptcy No. 19-15488-PMM |

**NOTICE OF THIRD INTERIM AND FINAL APPLICATION OF
FLASTER/GREENBERG P.C., COUNSEL FOR THE TRUSTEE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>OCTOBER 1, 2023 THROUGH JANUARY 6, 2025</u>**

TO THE DEBTOR AND PARTIES IN INTEREST, NOTICE IS HEREBY GIVEN THAT:

1. The law firm of Flaster/Greenberg P.C., has filed its Third Interim and Final Application for Compensation for Legal Services Rendered as Counsel for the Trustee and for Reimbursement of Expenses (the "Application") seeking allowance of compensation in the amount of $4,772.00 for fees and $199.00 for expenses for the period of October 1, 2023 through January 6, 2025.

2. Any party receiving this notice may file an answer, objection or other responsive pleading with the Office of the Clerk of the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107 and serve a copy on counsel for the Trustee, whose name and address appears below, on or before fourteen (14) days from the date of this Notice.

3. If no objection is filed and served in the manner set forth in paragraph 2 above, the Applicant will file a certification of no objection, in which event the Court may, upon consideration of the record and without hearing, enter an Order granting the Application.

4. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorneys listed below.

                                              **FLASTER/GREENBERG P.C.**

Dated: February 27, 2025                */s/ William J. Burnett*
                                                  William J. Burnett, Esquire
                                                  1717 Arch Street, Suite 3300
                                                  Philadelphia, PA 19103
                                                  (215) 279-9383
                                                  *Counsel for Robert H. Holber, Chapter 7 Trustee*

11542395 v1