# SHARER PETREE BROTZ & SNYDER
*Certified Public Accountants*
*Business Advisors*

| | Laurelwood Corporate Center | |
|---|---|---|
| 18 West King Street | 1103 Laurel Oak Road | Tel: 856-435-3200 |
| Malvern, PA 19355 | Suite 105B | Fax: 856-435-4868 |
| 610-647-7840 | Voorhees, NJ 08043 | www.SharerPBS.com |

INVOICE submitted to:
National Brokers of America, Inc.
c/o Robert H. Holber, Trustee
41 East Front Street
Media, PA 19063

February 5, 2025

Invoice #   29655

Professional Services

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 11/1/2023 | RNS | Review updated cash receipts and disbursements register received from trustee's assistant | 0.20 | 84.00 |
| 1/24/2024 | MD | Meeting with Bob Snyder re: preparation of 2023 tax returns | 0.20 | 55.00 |
| | RNS | Review file; draft note to trustee re: request for updated cash receipts and disbursements register | 0.20 | 85.00 |
| | RNS | Compile documents needed for tax return preparation | 0.20 | 85.00 |
| | RNS | Meeting with Michele Dilks re: tax returns to be prepared and related matters | 0.20 | 85.00 |
| | RNS | Review prior tax return; analyze cash receipts and disbursements register received from trustee's assistant; schedule 2013 activity; update tax return trial balance | 0.60 | 255.00 |
| 1/26/2024 | MD | Prepare tax files to accumulate information for 2023 tax return | 0.30 | 82.50 |
| | MD | Review 12/31/2023 trial balance | 0.30 | 82.50 |
| | MD | Prepare transmittal letter to trustee, 60-day determination letters to IRS and PA; draft narrative statements for tax returns | 0.50 | 137.50 |

**National Brokers of America, Inc.**  Page 2

| Date | Staff | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/26/2024 | MD | Prepare 12/31/2023 Form 1120S | 1.70 | 467.50 |
| 2/8/2024 | MD | Prepare 12/31/2023 Form PA-20S | 1.30 | 357.50 |
|  | RNS | Review federal and state corporate tax returns for year ended December 31, 2023 | 0.30 | 127.50 |
| 2/15/2024 | RNS | Review note from Bill Burnett re: process for possible subpeona response | 0.10 | 42.50 |
|  | RNS | Review note from and telephone call with trustee re: potential inquiry from UST's office for records in support of report, possible subpeona and related matters | 0.20 | 85.00 |
|  | RNS | Review earlier report; review server for documents, files and workpapers supporting report work; review and compile related documents; locate and transfer Quickbooks data; upload documents to ShareFile portal | 1.40 | 595.00 |
| 2/20/2024 | DLS | Review tax returns | 0.50 | 110.00 |
|  | RNS | Review final tax return package; sign tax returns | 0.20 | 85.00 |
| 2/21/2024 | MD | Review before compilation | 0.20 | 55.00 |
|  | MD | Final review; distribute | 0.30 | 82.50 |
| 2/22/2024 | RNS | Review note from and telephone call with Hannah McCollum, US Trustee's office re: pending subpoena for paper and electronic records, scope and related matters | 0.20 | 85.00 |
| 2/27/2024 | MD | E-file 2023 tax returns | 0.20 | 55.00 |
| 2/29/2024 | RNS | Draft note to Hannah McCollum, UST office re: followup on expected subpoena and related matters; review reply | 0.10 | 42.50 |
|  | RNS | Review and execute certificate of authenticity of domestic records requested | 0.10 | 42.50 |
|  | RNS | Draft note to trustee re: confirmation of subpeona response and related matters | 0.10 | 42.50 |
|  | RNS | Review note from Hannah McCollum, UST re: subpeona received for case and report related records; review related subpoena | 0.20 | 85.00 |
|  | RNS | Draft note to Hannah McCollum, UST office re: response to subpeona, ShareFile link and request for confirmation that appearance is not required | 0.20 | 85.00 |
|  | RNS | Review email correspondence for responsive emails requested in subpeona; upload to ShareFile portal | 0.30 | 127.50 |

**National Brokers of America, Inc.**                                                                                            Page    3

|              |     |                                                                                                                                                              | Hours | Amount |
|---|---|---|---|---|
| 2/29/2024    | RNS | Additional review of documents previous uploaded to ShareFile portal and verify completeness of production; add users to ShareFile account; create link | 0.30  | 127.50 |
| 3/18/2024    | RNS | Review note from Hannah McCollum re: UST's office re: clarification needed on Excel schedules provided for general ledger; review related files; reply | 0.30  | 127.50 |
| 7/1/2024     | RNS | Review pleadings related to creditor's motion to annul the automatic stay | 0.10  | 42.50  |
| 12/19/2024   | RNS | Review motion of trustee to abandon certain property and supporting documents | 0.20  | 85.00  |
| 1/7/2025     | RNS | Draft note to trustee re: request for updated cash receipts and disbursements register and related matters; review reply; related followup on timeframe of final tax returns | 0.20  | 87.00  |
|              | RNS | Compile documents needed for tax return preparation | 0.20  | 87.00  |
|              | RNS | Review file in preparation for tax work; draft note to trustee re: request for updated cash receipts and disbursements register | 0.30  | 130.50 |
|              | RNS | Analyze cash receipts and disbursements register received from trustee's assistant; schedule 2024 activity; note accruals for tax return; update tax return trial balance | 0.80  | 348.00 |
| 1/21/2025    | MD  | Meeting with Bob Snyder re: disucssion regarding preparation of 12/31/2024 tax returns | 0.20  | 57.00  |
|              | RNS | Draft note to counsel re: request for information needed for tax return; review reply | 0.10  | 43.50  |
|              | RNS | Update tax return trial balance; compile documents needed for tax return preparation | 0.20  | 87.00  |
|              | RNS | Meeting with Michele Dilks re: tax returns to be prepared and related matters | 0.20  | 87.00  |
| 1/23/2025    | MD  | Prepare tax files to accumulate information for 2016 tax return | 0.30  | 85.50  |
|              | MD  | Review trial balance | 0.30  | 85.50  |
|              | MD  | Prepare transmittal letter to trustee, 60-day determination letters to IRS and PA; draft narrative statements for tax returns | 0.30  | 85.50  |
|              | MD  | Prepare 12/31/2024 Form 1120S | 2.00  | 570.00 |

**National Brokers of America, Inc.**                                                                                Page    4

|            |     |                                                                                                    | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------|-------|----------|
| 1/30/2025  | MD  | Prepare 12/31/2024 Form PA 20-S                                                                    | 0.60  | 171.00   |
|            | RNS | Review federal and state corporate tax returns for year ended December 31, 2024 and related workpapers | 0.30  | 130.50   |
| 2/4/2025   | DLS | Review tax returns                                                                                 | 0.50  | 120.00   |
| 2/5/2025   | MD  | Review before compilation                                                                          | 0.20  | 57.00    |
|            | MD  | E-file 2024 tax returns                                                                            | 0.20  | 57.00    |
|            | MD  | Final review; distribute                                                                           | 0.30  | 85.50    |
|            | RNS | Review final tax return package; sign tax returns                                                  | 0.20  | 87.00    |
|            |     | For professional services rendered                                                                 | 18.60 | $6,368.00 |

Additional Charges :

| 2/5/2025 | Photocopies - 184 @ $.20 | 36.80 |
|----------|--------------------------|-------|
|          | Postage                  | 9.25  |
|          | Total costs              | $46.05 |

Total amount of this bill                                                                                                      $6,414.05

### Professional Summary

| Name                                          | Hours | Rate    | Amount     |
|-----------------------------------------------|-------|---------|------------|
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE | 2.50  | 435.00  | $1,087.50  |
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE | 5.50  | 425.00  | $2,337.50  |
| Robert N. Snyder, Jr., CPA/CFF, MBA, CIRA, CFE | 0.20  | 420.00  | $84.00     |
| Donna Liedtka-Smith, CPA                      | 0.50  | 240.00  | $120.00    |
| Donna Liedtka-Smith, CPA                      | 0.50  | 220.00  | $110.00    |
| Michele Dilks, CPA                            | 4.40  | 285.00  | $1,254.00  |
| Michele Dilks, CPA                            | 5.00  | 275.00  | $1,375.00  |