A F F I D A V I T

STATE OF NEW JERSEY               :
                                                            ss
COUNTY OF CAMDEN                :

ROBERT N. SNYDER, JR., being duly sworn according to law, deposes and says that he is a

partner with the firm of Sharer Petree Brotz & Snyder, accountant for the Trustee; that he is

authorized to make this Affidavit on its behalf; that the facts set forth in the foregoing Application

are true and correct to the best of his information, knowledge and belief; that Applicant has no

agreement, directly or indirectly, and that no understanding exists in any form or guise with any

person for a division of the compensation herein requested, except that compensation to be received

by Applicant will be shared among Applicant's shareholders and employees.

_____
ROBERT N. SNYDER, JR., CPA/CFF, MBA, CIRA, CFE

Sworn to and subscribed

before me this ___5th___ day

of ___February___, 2025

_____
Notary Public

VERONICA A BUCKLEY
NOTARY PUBLIC STATE OF NEW JERSEY
MY COMMISSION EXPIRES JAN. 29, 2026