**CERTIFICATE OF SERVICE**

   I, WILLIAM J. BURNETT, ESQUIRE, hereby certify that on February 27, 2025, a true and correct copy of the foregoing Third Interim and Final Application of Sharer Petree Brotz & Snyder for Compensation and Reimbursement of Expenses as Accountant for the Trustee was served by first-class mail, postage prepaid upon the parties on the attached list.

                   /s/William J. Burnett
                   WILLIAM J. BURNETT, ESQUIRE

11610378 v1

```
Label Matrix for local noticing          Commonwealth of PA  UCTS              Cornerstone Law Firm, LLC
0313-4                                   651 Boas Street, Room 925             8500 Allentown Pike
Case 19-15488-pmm                        Harrisburg, PA 17121-0751             Suite 3
Eastern District of Pennsylvania                                               Blandon, PA 19510-9101
Reading
Tue Dec  3 09:14:24 EST 2024

Flaster/Greenberg P.C.                   GELLERT SCALI BUSENKELL & BROWN       National Brokers of America, Inc.
1835 Market Street                       8 Penn Center                         354 Penn Street
Suite 1050                               1628 John F. Kennedy                  Reading, PA 19602-1010
Philadelphia, PA 19103-2913              ste 1901
                                         Philadelphia, Pa 19103-2113

Sharer Petree Brotz & Snyder             Shoreline Financial Group, LLC        United States Trustee
1103 Laurel Oak Rd.                      Kozloff, Stoudt                       Office of the U.S. Trustee
Suite 105B                               c/o Charles N. Shurr, Jr., Esq.       Robert N.C. Nix Federal Building
Voorhees, NJ 08043-4376                  2640 Westview Drive                   Suite 320
                                         Wyomissing, PA 19610-1186             Philadelphia, PA 19107

Reading                                  Alan Redmond                          Alan Redmond
United States Bankruptcy Court           4 South 4th Street                    C/O David P. Heim
Office of the Clerk, Gateway Building    Floor 3                               1524 Locust Street
201 Penn Street, 1st Floor               Reading, PA 19602-2819                Philadelphia, PA 19102-4401
Reading, PA 19601-4038

COMMONWEALTH OF PA  UCTS                 Capital Advance Services LLC          Capital Advance Services, LLC
DEPARTMENT OF LABOR AND INDUSTRY         80 Broad Street, Suite 3303           c/o Steven Koplove, Esq.
COLLECTIONS SUPPORT UNIT                 New York, NY 10004-2845               Kraft & Kraft
651 BOAS STREET, ROOM 925                                                      3200 Pennrose Ferry Road
HARRISBURG, PA 17121-0751                                                      Philadelphia, PA 19145-5500

Dentons Cohen & Grigsby P.C., as Agent   Evan King                             Inside Response LLc
c/o Jeffrey P. Ward, Esq.                Klein Moynihan Turco LLP              c/o Christopher P. Koval, Esq.
625 Liberty Avenue                       450 Seventh Ave.                      809 Easton Road
Pittsburgh, PA 15222-3152                40th Floor                            PO Box M
                                         New York, NY 10123-4000               Willow Grove, PA 19090-2004

Internal Revenue Service                 Jason Scott Jordan                    Jimmy Christopher Davis
PO Box 7346                              c/o David W. Crossett, Esquire        P.O. Box 669521
Philadelphia, PA 19101-7346              8500 Allentown Pike                   Pompano  Beach, FL 33066-9521
                                         Suite 3
                                         Blandon, PA 19510-9101

Jimmy Christopher Davis                  National Brokers of America, Inc.    Pennsylvania Department of Revenue
c/o Michael I. Assad, Esq.               C/O CHARLES N. SHURR, JR.            Bankruptcy Division PO Box 280946
1500 Walnut Street, Suite 900            Kozloff Stoudt                       Harrisburg, PA  17128-0946
Philadelphia PA 19102-3518               2640 Westview Drive
                                         Wyomissing, PA 19610-1186

Pennsylvania Department of Revenue       Plan Z LLC                            Precise Leads
PO Box 280946                            c/o jeffrey P. Ward, Esq.             Klein, Moyniham and Truco LLP
Harrisburg, PA 17128-0946                625 Liberty Avenue                    450 7th Ave
                                         Pittsburgh, PA 15222-3110             New York, NY 10123-0101

Precise Leads, Inc.                      SHORELINE FINANCIAL GROUP, INC.       Jason Scott Jordan
c/o Klein Moynihan Turco LLP             5301 10TH AVENUE NORTH                c/o David W. Crossett, Esq.
450 Seventh Avenue                       GREENACRES,FL 33463-2054              8500 Allentown Pike
40th Floor                                                                     Suite 3
New York, NY 10123-4000                                                        Blandon, PA 19510-9101
```

| | | |
|---|---|---|
| Jimmy Christopher Davis<br>c/o Cibik Law, P.C.<br>1500 Walnut St Ste 900<br>Philadelphia, PA 19102-3518 | Joel A. Ready<br>Cornerstone Law Firm, LLC<br>8500 Allentown Pike<br>Suite 3<br>Blandon, PA 19510-9101 | NORMAN M. VALZ<br>Norman M. Valz & Associates, P.C.<br>441 Irvington Road<br>Drexel Hill, PA 19026-1320 |
| OSMER S. DEMMING<br>38 North 6th Street<br>Reading, PA 19601-3523 | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063-2911 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alan Redmond

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35