IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATIONAL BROKERS OF AMERICA,<br><br>                                            *Debtor.* | Chapter 7<br><br>Case No: 19-15488-pmm |

**<u>ORDER</u>**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Gellert Seitz Busenkell & Brown, LLC, as Special Counsel to the Chapter 7 Trustee ("the Application"); it is ORDERED that the Application is hereby granted and it is further ORDERED that the fee in the amount of $57,839.10 and reimbursement of actual expenses in the amount of $12.03, for a total of $57,851.13, shall be allowed and authorized as a chapter 7 administrative expense claim and the Trustee is authorized to pay fee to Gellert Seitz Busenkell & Brown, LLC pursuant to §330 of the Bankruptcy Code.

Date: _____

                                                                           PATRICIA M. MAYER
                                                                           UNITED STATES BANKRUPTCY JUDGE