IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 7 |
|---|---|
| NATIONAL BROKERS OF AMERICA, | Case No: 19-15488-pmm |
| *Debtor.* | |

## CERTIFICATION OF SERVICE

The undersigned certifies that on the date set forth below, the Application for Compensation and Reimbursement of Expenses of Gellert Seitz Busenkell & Brown, LLC as Special Counsel to the Chapter 7 Trustee, Notice, and Proposed Order were served via ECF on all parties who filed a request under L.B.R. 2002-1 to receive all notices in the case.

    /s/ *Holly S. Miller*
    Holly S. Miller

Dated: February 27, 2025
Philadelphia, PA

9