## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> NATIONAL BROKERS OF AMERICA, <br><br> Debtor. | Chapter 7 <br><br> Case No: 19-15488-pmm |

### CERTIFICATE OF NO RESPONSE REGARDING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GELLERT SEITZ BUSENKELL & BROWN LLC AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE

On February 27, 2025, Gellert Seitz Busenkell & Brown, LLC ("Applicant"), as special counsel to the Trustee, Robert H. Holber (the "Trustee"), filed the *First and Final Application for Compensation and Reimbursement of Expenses of Gellert Seitz Busenkell & Brown LLC as Special Counsel to the Chapter 7 Trustee* (the "Motion").  On February 27, 2025, Applicant also filed the Notice of the Motion. Responses to the Motion were due on or before March 13, 2025.  This Court's docket reflects that no objections were filed to the Motion. Additionally, no objections to the Motion have been received by the Applicant. Accordingly, the Applicant respectfully requests that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated:  March 14, 2025              GELLERT SEITZ BUSENKELL & BROWN, LLC

By: /s/ Holly S. Miller
Holly S. Miller, Esquire
901 Market Street, Suite 3020
Philadelphia, PA 19107
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
Email: hsmiller@gsbblaw.com
*Counsel to the Chapter 7 Trustee*