IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 7 |
|---|---|
| NATIONAL BROKERS OF AMERICA, INC., | |
| Debtor. | Bankruptcy No. 19-15488 |

## **CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies as follows:

1. The Third Interim and Final Application for Compensation of Sharer Petree Brotz and Snyder as Accountant (the "Application") was filed on February 27, 2025 [Docket No. 216].

2. The Application, together with Notice of the Application [Docket No. 217], were served upon the parties entitled to notice, as reflected in the Certificate of Service filed with the Application and Notice.

3. As of the date hereof, undersigned counsel has not received any answers or objections to the Application. A review of the docket in this case reflects that no answers or objections have been filed.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court approve the Application.

**FLASTER/GREENBERG P.C.**

Dated: March 14, 2025    By: */s/ William J. Burnett*
William J. Burnett, Esquire
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
Telephone 215-279-9383
Facsimile 215-279-9394

*Counsel for Robert H. Holber, Chapter 7 Trustee*

10865363 v1