# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| NATIONAL BROKERS OF AMERICA, INC., <br><br> Debtor. | Chapter 7 <br><br> Bankruptcy No. 19-15488-PMM |

## ORDER

AND NOW, this 17th day of March, 2025, upon consideration of the Third Interim and Final Application of Flaster/Greenberg P.C., for Compensation for Legal Services Rendered as Counsel for the Trustee and for Reimbursement of Expenses for the period October 1, 2023 through January 6, 2025 and after notice and opportunity for hearing, it is

ORDERED that Flaster/Greenberg, P.C. counsel for the Trustee, is hereby allowed and shall be paid the sum of $4,772.00 as third interim compensation for fees and $199.00 for costs, with *de novo* final review after submission of the TFR, for the time period October 1, 2023 through January 6, 2025;

ORDERED that all prior interim allowances of compensation and reimbursement of expenses are hereby made final.

BY THE COURT:

*Patricia M. Mayer*

THE HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE

11542395 v1