# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| NATIONAL BROKERS OF AMERICA, INC., | Chapter 7 |
| Debtor. | Bankruptcy No. 19-15488-PMM |

## ORDER

AND NOW, this 17th day of March, 2025, upon consideration of the Third Interim and Final Application of Sharer Petree Brotz & Snyder for Compensation for Accounting Services Rendered as Accountant for the Trustee and for Reimbursement of Expenses for the period November 1, 2023 through February 5, 2025 and after notice and opportunity for hearing, it is

ORDERED that Sharer Petree Brotz & Snyder, Accountant for the Trustee, is hereby allowed and shall be paid the sum of $6,386.00 as third interim compensation for fees and $199.00 for costs, with *de novo* final review after submission of the TFR, for the time period November 1, 2023 through February 5, 2025;

ORDERED that all prior interim allowances of compensation and reimbursement of expenses are hereby made final.

BY THE COURT:

*Patricia M. Mayer*

THE HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE

11610383 v1