IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 7 |
|---|---|
| NATIONAL BROKERS OF AMERICA, | Case No: 19-15488-pmm |
| *Debtor*. | |

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Gellert Seitz Busenkell & Brown, LLC, as Special Counsel to the Chapter 7 Trustee ("the Application"); it is ORDERED that the Application is hereby granted and it is further ORDERED that the fee in the amount of $57,839.10 and reimbursement of actual expenses in the amount of $12.03, for a total of $57,851.13, shall be allowed and authorized as a chapter 7 administrative expense claim and the Trustee is authorized to pay fee to Gellert Seitz Busenkell & Brown, LLC pursuant to §330 of the Bankruptcy Code.

Date: 3/17/25

*/s/ Patricia M. Mayer*
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE