United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15488-pmm |
| National Brokers of America, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + National Brokers of America, Inc., 354 Penn Street, Reading, PA 19602-1010 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BARRY W. SAWTELLE | on behalf of Creditor Shoreline Financial Group  LLC bsawtelle@kozloffstoudt.com, dgabala@kozloffstoudt.com;gtooth@kozloffstoudt.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Shoreline Financial Group  LLC cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com |
| DANIEL HONG | on behalf of Creditor Jason Scott Jordan daniel@cornerstonelaw.us valeria@cornerstonelaw.us,jovan@cornerstonelaw.us,steve@sottolaw.com,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| DANIEL HONG | on behalf of Creditor Joel A. Ready daniel@cornerstonelaw.us valeria@cornerstonelaw.us,jovan@cornerstonelaw.us,steve@sottolaw.com,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Mar 17, 2025     Form ID: pdf900     Total Noticed: 1

DANIEL HONG
on behalf of Creditor Cornerstone Law Firm LLC daniel@cornerstonelaw.us, valeria@cornerstonelaw.us,jovan@cornerstonelaw.us,steve@sottolaw.com,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

DAVID P. HEIM
on behalf of Intervenor Alan Redmond dheim@bochettoandlentz.com mtrout@bochettoandlentz.com

DAVID W. CROSSETT
on behalf of Defendant Jason Scott Jordan david@cornerstonelaw.us erica@cornerstonelaw.us

DAVID W. CROSSETT
on behalf of Creditor Jason Scott Jordan david@cornerstonelaw.us erica@cornerstonelaw.us

GEORGE BOCHETTO
on behalf of Intervenor Alan Redmond gbochetto@bochettoandlentz.com mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

HOLLY SMITH MILLER
on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com abrown@gsbblaw.com

JOEL A. READY
on behalf of Creditor Joel A. Ready joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Creditor Cornerstone Law Firm LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Creditor Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us

MICHAEL A. CIBIK
on behalf of Creditor Jimmy Christopher Davis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

NORMAN M. VALZ
on behalf of Debtor National Brokers of America Inc. nvalz@msn.com

ROBERT H. HOLBER
trustee@holber.com rholber@ecf.axosfs.com

ROBERT H. HOLBER
on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J. BURNETT
on behalf of Accountant Sharer Petree Brotz & Snyder william.burnett@flastergreenberg.com william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
on behalf of Trustee ROBERT H. HOLBER william.burnett@flastergreenberg.com william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
on behalf of Attorney Flaster/Greenberg P.C. william.burnett@flastergreenberg.com william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
on behalf of Plaintiff National Brokers of America Inc. william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

TOTAL: 22

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>NATIONAL BROKERS OF AMERICA, INC.,<br><br>Debtor. | Chapter 7<br><br>Bankruptcy No. 19-15488-PMM |
|---|---|

**ORDER**

AND NOW, this 17th day of March, 2025, upon consideration of the Third Interim and Final Application of Sharer Petree Brotz & Snyder for Compensation for Accounting Services Rendered as Accountant for the Trustee and for Reimbursement of Expenses for the period November 1, 2023 through February 5, 2025 and after notice and opportunity for hearing, it is

ORDERED that Sharer Petree Brotz & Snyder, Accountant for the Trustee, is hereby allowed and shall be paid the sum of $6,386.00 as third interim compensation for fees and $199.00 for costs, with *de novo* final review after submission of the TFR, for the time period November 1, 2023 through February 5, 2025;

ORDERED that all prior interim allowances of compensation and reimbursement of expenses are hereby made final.

BY THE COURT:

*Patricia M. Mayer*

THE HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE

11610383 v1