IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL BROKERS OF  :  CHAPTER 7
AMERICA, INC.             :
                          :
    Debtor(s)             :  Bankruptcy No. 19-15488

STIPULATION BETWEEN PENNSYLVANIA DEPARTMENT OF REVENUE
AND ROBERT H. HOLBER, CHAPTER 7 TRUSTEE

WHEREAS Pennsylvania Department of Revenue ("Revenue") filed a secured proof of claim (#2) on or about September 10, 2019 in the amount of $90,409.82 and unsecured in the amount of $800.00;

WHEREAS, Robert H. Holber, Chapter 7 Bankruptcy Trustee ("Trustee") has reviewed said proof of claim;

WHEREAS, Revenue and Trustee have conferred about resolving differences regarding said proof of claim;

NOW THEN, comes the parties and agree as follows:

1. The Claim of Pennsylvania Department of Revenue, proof of claim #2, shall be amended to be considered priority in nature in the amount of $53,970.36, unsecured in the amount of $800.00, and subordinated unsecured claim for fines, penalties, forfeitures, or damages in the amount of $36,439.46 and shall be treated as same in any proposed distribution filed on behalf of the Trustee.

2. Revenue will receive $53,970.36 in payment for its priority claim, $43.56 in payment for its unsecured claim and no payment for its subordinated unsecured claim for fines, penalties, forfeitures or damages.

_____         _____
Dustin R. Foley, Esquire          Robert H. Holber, Esquire
PA Department of Revenue          Chapter 7 Trustee
P.O. Box 281061                   41 East Front Street
Harrisburg, PA 17128              Media, PA 19063