IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL BROKERS OF    :   CHAPTER 7
AMERICA, INC.    :
    :
Debtor(s)    :   Bankruptcy No. 19-15488

## STIPULATION BETWEEN COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY AND ROBERT H. HOLBER, CHAPTER 7 TRUSTEE

WHEREAS Dept. Of Labor and Industry ("L & I") filed a secured proof of claim (#1) on or about September 4, 2019 in the amount of $35,237.48;

WHEREAS, Robert H. Holber, Chapter 7 Bankruptcy Trustee ("Trustee") has reviewed said proof of claim;

WHEREAS, L & I and Trustee have conferred about resolving differences regarding said proof of claim;

NOW THEN, comes the parties and agree as follows:

1. The Claim of L & I , proof of claim #1, shall be amended to be considered priority in nature and shall be treated as same in any proposed distribution filed on behalf of the Trustee.

2. L & I will receive the sum of $35,237.48 in payment for its claim.

_____          _____
Jennifer M. Irvin, Esquire               Robert H. Holber, Esquire
Department of Labor & Industry           Chapter 7 Trustee
651 Boss Street                          41 East Front Street
Harrisburg, PA 17121                     Media, PA 19063