IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | :Chapter 7 |
| | : |
| NATIONAL BROKERS OF AMERICA, INC. | : |
| | : |
| | : |
| Debtor | :BANKRUPTCY NO.  19-15488- PMM |

## ORDER OF DISTRIBUTION

**AND NOW,** this          day of                         2026 , the Trustee Robert H. Holber, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Trustee's Proposed Distribution, estate monies in the amount indicated in such Distribution, within (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred and twenty five (125) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report.

_____
Patricia M. Mayer
United States Bankruptcy Judge

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-15488
Case Name: NATIONAL BROKERS OF AMERICA, INC.
Trustee Name: Robert H. Holber

| Balance on hand | $ | 226,007.86 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert H. Holber | $ 19,804.23 | $ 0.00 | $ 19,804.23 |
| Trustee Expenses: Robert H. Holber | $ 362.92 | $ 0.00 | $ 362.92 |
| Attorney for Trustee Fees: LL GELLERT SEITZ BUSENKELL & BROWN | $ 57,839.10 | $ 0.00 | $ 57,839.10 |
| Accountant for Trustee Fees: ROBERT N. SNYDER | $ 59,492.50 | $ 53,106.50 | $ 6,386.00 |
| Accountant for Trustee Expenses: ROBERT N. SNYDER | $ 339.44 | $ 140.44 | $ 199.00 |
| Other: FLASTER GREENBERG, P. C. | $ 48,010.50 | $ 43,238.50 | $ 4,772.00 |
| Other: FLASTER GREENBERG, P. C. | $ 225.00 | $ 26.00 | $ 199.00 |
| Other: INTERNATIONAL SURETIES LTD | $ 748.73 | $ 748.73 | $ 0.00 |
| Other: LL GELLERT SEITZ BUSENKELL & BROWN | $ 12.03 | $ 0.00 | $ 12.03 |

| Total to be paid for chapter 7 administrative expenses | $ 89,574.28 |
| Remaining Balance | $ 136,433.58 |

UST Form 101-7-TFR (5/1/2011) *(Page: 35)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $105,916.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COMMONWEALTH OF PA UCTS | $ 35,237.48 | $ 0.00 | $ 35,237.48 |
| 2 | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 53,970.36 | $ 0.00 | $ 53,970.36 |
| 4 | INTERNAL REVENUE SERVICE | $ 16,708.77 | $ 0.00 | $ 16,708.77 |

Total to be paid to priority creditors $ 105,916.61

Remaining Balance $ 30,516.97

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $560,453.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2B | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 800.00 | $ 0.00 | $ 43.56 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | PRECISE LEADS, INC. | $ 113,300.00 | $ 0.00 | $ 6,169.25 |
| 5 | CAPITAL ADVANCE SERVICES LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | JASON SCOTT JORDAN | $ 123,778.00 | $ 0.00 | $ 6,739.78 |
| 7 | AS AG DENTONS COHEN & GRIGSBY P. C. | $ 322,575.00 | $ 0.00 | $ 17,564.38 |
| 8 | AS AG DENTONS COHEN & GRIGSBY P. C. | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 30,516.97 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $169,606.11 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9A | JIMMY CHRISTOPHER DAVIS | $ 77,190.40 | $ 0.00 | $ 0.00 |
| 10 | SHORELINE FINANCIAL GROUP, INC. | $ 92,415.71 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $160,213.53 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 36,439.46 | $ 0.00 | $ 0.00 |
| 4B | INTERNAL REVENUE SERVICE | $ 123,774.07 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |