IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                :Chapter 7

NATIONAL BROKERS OF AMERICA, INC.    :

             Debtor                   :BANKRUPTCY NO. 19-15488- PMM


**ORDER APPROVING TRUSTEE'S FINAL REPORT**


AND NOW, this        day of             2026 upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.


                                        BY THE COURT


                                        _____
                                        Patricia M. Mayer, Judge