UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :CHAPTER 7
NATIONAL BROKERS OF AMERICA,        :
INC.                                :
                                    :
                                    :
                                    :
              Debtor                :
                                    :BANKRUPTCY NO.: 19-15488 - PMM

CERTIFICATION OF SERVICE

I, Robert H. Holber, Esquire, certify that on January 6, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1. Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) along with Proposed Distribution

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 1/6/26

Robert H. Holber, Esquire
Attorney ID: 51962
LAW OFFICE OF ROBERT H. HOLBER, P.C.
41 E. Front Street
Media, Pa 19063
(P) 610-565-5463
Rholber@holber.com

**Mailing List Exhibit:**

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Via: ☑CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐Other:


Osmer Sage Deming, Esquire
DEMING LAW OFFICE
38 North 6th Street
Reading, PA 19601
Via: ☑CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐Other:

Norman M. Valz, Esquire
NORMAN M. VALZ & ASSOCIATES, P.C.
441 Irvington Road
Drexel Hill, Pa 19026
Via: ☑CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐Other:

All Creditors Listed on Debtor's Matrix and All Creditors Who
Filed Claims (SEE ATTACHED MATRIX AND CLAIMS REGISTER)
Via: ☐CM/ECF   ☑1st Class Mail   ☐Certified Mail   ☐Other:

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 19-15488-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Tue Jan  6 11:52:29 EST 2026 | Commonwealth of PA  UCTS<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121-0751 | Cornerstone Law Firm, LLC<br>8500 Allentown Pike<br>Suite 3<br>Blandon, PA 19510-9101 |
| Flaster/Greenberg P.C.<br>1835 Market Street<br>Suite 1050<br>Philadelphia, PA 19103-2913 | GELLERT SCALI BUSENKELL & BROWN<br>8 Penn Center<br>1628 John F. Kennedy<br>ste 1901<br>Philadelphia, Pa 19103-2113 | National Brokers of America, Inc.<br>354 Penn Street<br>Reading, PA 19602-1010 |
| Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Rd.<br>Suite 105B<br>Voorhees, NJ 08043-4376 | Shoreline Financial Group, LLC<br>Kozloff, Stoudt<br>c/o Charles N. Shurr, Jr., Esq.<br>2640 Westview Drive<br>Wyomissing, PA 19610-1186 | United States Trustee<br>Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 |
| Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 | Alan Redmond<br>4 South 4th Street<br>Floor 3<br>Reading, PA 19602-2819 | Alan Redmond<br>C/O David P. Heim<br>1524 Locust Street<br>Philadelphia, PA 19102-4401 |
| COMMONWEALTH OF PA  UCTS<br>DEPARTMENT OF LABOR AND INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS STREET, ROOM 925<br>HARRISBURG, PA 17121-0751 | Capital Advance Services LLC<br>80 Broad Street, Suite 3303<br>New York, NY 10004-2845 | Capital Advance Services, LLC<br>c/o Steven Koplove, Esq.<br>Kraft & Kraft<br>3200 Pennrose Ferry Road<br>Philadelphia, PA 19145-5500 |
| Dentons Cohen & Grigsby P.C., as Agent<br>c/o Jeffrey P. Ward, Esq.<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152 | Evan King<br>Klein Moynihan Turco LLP<br>450 Seventh Ave.<br>40th Floor<br>New York, NY 10123-4000 | Inside Response LLc<br>c/o Christopher P. Koval, Esq.<br>809 Easton Road<br>PO Box M<br>Willow Grove, PA 19090-2004 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jason Scott Jordan<br>c/o David W. Crossett, Esquire<br>8500 Allentown Pike<br>Suite 3<br>Blandon, PA 19510-9101 | Jimmy Christopher Davis<br>P.O. Box 669521<br>Pompano  Beach, FL 33066-9521 |
| Jimmy Christopher Davis<br>c/o Michael I. Assad, Esq.<br>1500 Walnut Street, Suite 900<br>Philadelphia PA 19102-3518 | National Brokers of America, Inc.<br>C/O CHARLES N. SHURR, JR.<br>Kozloff Stoudt<br>2640 Westview Drive<br>Wyomissing, PA 19610-1186 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA   17128-0946 |
| Pennsylvania Department of Revenue<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | Plan Z LLC<br>c/o jeffrey P. Ward, Esq.<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3110 | Precise Leads<br>Klein, Moyniham and Truco LLP<br>450 7th Ave<br>New York, NY 10123-0101 |
| Precise Leads, Inc.<br>c/o Klein Moynihan Turco LLP<br>450 Seventh Avenue<br>40th Floor<br>New York, NY 10123-4000 | SHORELINE FINANCIAL GROUP, INC.<br>5301 10TH AVENUE NORTH<br>GREENACRES,FL 33463-2054 | Jason Scott Jordan<br>c/o David W. Crossett, Esq.<br>8500 Allentown Pike<br>Suite 3<br>Blandon, PA 19510-9101 |

Jimmy Christopher Davis
c/o Cibik Law, P.C.
1500 Walnut St Ste 900
Philadelphia, PA 19102-3518

Joel A. Ready
Cornerstone Law Firm, LLC
8500 Allentown Pike
Suite 3
Blandon, PA 19510-9101

NORMAN M. VALZ
Norman M. Valz & Associates, P.C.
441 Irvington Road
Drexel Hill, PA 19026-1320

OSMER SAGE DEMING
Deming Law Office
38 North 6th Street
Reading, PA 19601-3523

ROBERT H. HOLBER
Robert H. Holber PC
41 East Front Street
Media, PA 19063-2911

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alan Redmond

End of Label Matrix
Mailable recipients    34
Bypassed recipients    1
Total    35

# Eastern District of Pennsylvania
# Claims Register

### 19-15488-pmm National Brokers of America, Inc.

**Judge:** Patricia M. Mayer  **Chapter:** 7
**Office:** Reading  **Last Date to file claims:**
**Trustee:** ROBERT H. HOLBER  **Last Date to file (Govt):**

---

*Creditor:* (14383427)
COMMONWEALTH OF PA UCTS
DEPARTMENT OF LABOR AND
INDUSTRY
COLLECTIONS SUPPORT UNIT
651 BOAS STREET, ROOM 925
HARRISBURG, PA 17121

**Claim No: 1**
*Original Filed Date:* 09/04/2019
*Original Entered Date:* 09/04/2019

*Status:*
*Filed by:* CR
*Entered by:* CSU - OUCTS, PA Labor & Industry
*Modified:*

Amount claimed: $35237.48
Secured claimed: $35237.48

*History:*
Details  1-1  09/04/2019 Claim #1 filed by COMMONWEALTH OF PA UCTS, Amount claimed: $35237.48 (CSU - OUCTS, PA Labor & Industry)

*Description:* (1-1) PA UC Taxes
*Remarks:*

---

*Creditor:* (14385852)
Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

**Claim No: 2**
*Original Filed Date:* 09/10/2019
*Original Entered Date:* 09/10/2019

*Status:*
*Filed by:* CR
*Entered by:* Sean Michael Grimm
*Modified:*

Amount claimed: $91209.82
Secured claimed: $90409.82

*History:*
Details  2-1  09/10/2019 Claim #2 filed by Pennsylvania Department of Revenue, Amount claimed: $91209.82 (Grimm, Sean)

*Description:* (2-1) Arrears
*Remarks:*

---

*Creditor:* (14410991)
Precise Leads, Inc.
c/o Klein Moynihan Turco LLP
450 Seventh Avenue
40th Floor
New York, NY 10123-0101

**Claim No: 3**
*Original Filed Date:* 10/25/2019
*Original Entered Date:* 10/25/2019

*Status:*
*Filed by:* CR
*Entered by:* EPOC Administrator
*Modified:*

Amount claimed: $113300.00

*History:*
Details  3-1  10/25/2019 Claim #3 filed by Precise Leads, Inc., Amount claimed: $113300.00 (Administrator, EPOC)

*Description:*
*Remarks:*

Creditor:    (14383217)
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Original Filed Date: 11/05/2019
Original Entered Date: 11/05/2019

Status:
Filed by: CR
Entered by: JOHN F LINDINGER
Modified:

Amount claimed: $140482.84
Priority claimed: $16708.77

History:

Details  4-1  11/05/2019 Claim #4 filed by Internal Revenue Service, Amount claimed: $140482.84 (LINDINGER, JOHN)

Description:
Remarks:

Creditor:    (14420784)
Capital Advance Services LLC
80 Broad Street, Suite 3303
New York, NY 10004

Claim No: 5
Original Filed Date: 11/13/2019
Original Entered Date: 11/13/2019

Status:
Filed by: CR
Entered by: EPOC Administrator
Modified: 05/31/2022

Amount claimed: $4128502.40
Secured claimed: $4128502.40

History:

Details  5-1  11/13/2019 Claim #5 filed by Capital Advance Services LLC, Amount claimed: $4128502.40 (Administrator, EPOC)

158  05/02/2022 Objection to Claim Number 5 by Claimant Capital Advance Services, LLC. Filed by ROBERT H. HOLBER. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Cert. of Service)(BURNETT, WILLIAM)

Description:
Remarks: (5-1) Claim expunged per Order dated 5/31/2022.

Creditor:    (14420779)
Jason Scott Jordan
c/o David W. Crossett, Esquire
8500 Allentown Pike
Suite 3
Blandon, PA 19510

Claim No: 6
Original Filed Date: 01/13/2020
Original Entered Date: 01/13/2020

Status:
Filed by: CR
Entered by: DAVID W. CROSSETT
Modified:

Amount claimed: $123778.00

History:
Details  6-1  01/13/2020 Claim #6 filed by Jason Scott Jordan, Amount claimed: $123778.00 (CROSSETT, DAVID)

Description:
Remarks:

Creditor:    (14460939)
Dentons Cohen & Grigsby P.C., as Agent
c/o Jeffrey P. Ward, Esq.
625 Liberty Avenue
Pittsburgh, PA 15222-3152

Claim No: 7
Original Filed Date: 01/31/2020
Original Entered Date: 01/31/2020

Status:
Filed by: CR
Entered by: EPOC Administrator
Modified:

Amount claimed: $322575.00

History:
Details  7-1  01/31/2020 Claim #7 filed by Dentons Cohen & Grigsby P.C., as Agent, Amount claimed: $322575.00 (Administrator, EPOC)

Description:
Remarks:

| | | |
|---|---|---|
| Creditor: (14460939)<br>Dentons Cohen & Grigsby P.C., as Agent<br>c/o Jeffrey P. Ward, Esq.<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152<br>*No amounts claimed* | Claim No: 8<br>*Original Filed Date*: 01/31/2020<br>*Original Entered Date*: 01/31/2020 | *Status:*<br>*Filed by:* CR<br>*Entered by:* EPOC Administrator<br>*Modified:* |

*History:*

Details ○ 8-1  01/31/2020 Claim #8 filed by Dentons Cohen & Grigsby P.C., as Agent, Amount claimed: (Administrator, EPOC)

*Description:*

Remarks: (8-1) Filer Comment: UNLIQUIDATED CLAIM AMOUNT

| | | |
|---|---|---|
| Creditor: (14469386) History<br>Jimmy Christopher Davis<br>P.O. Box 669521<br>Pompano Beach, FL 33066 | **Claim No: 9**<br>*Original Filed Date*: 02/18/2020<br>*Original Entered Date*: 02/19/2020<br>*Last Amendment Filed*: 01/10/2022<br>*Last Amendment Entered*: 01/10/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* MICHAEL I. ASSAD<br>*Modified:* |

Amount claimed: $77190.40
Secured claimed: $77190.40

*History:*

Details ○ 9-1  02/18/2020 Claim #9 filed by Jimmy Christopher Davis, Amount claimed: $77190.40 (Roman, Sara)

Details ○ 9-2  01/10/2022 Amended Claim #9 filed by Jimmy Christopher Davis, Amount claimed: $77190.40 (ASSAD, MICHAEL)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| Creditor: (14503414)<br>SHORELINE FINANCIAL GROUP, INC.<br>5301 10TH AVENUE NORTH<br>GREENACRES, FL 33463 | **Claim No: 10**<br>*Original Filed Date*: 05/15/2020<br>*Original Entered Date*: 05/15/2020 | *Status:*<br>*Filed by:* CR<br>*Entered by:* CHARLES N. SHURR, JR.<br>*Modified:* |

Amount claimed: $92415.71

*History:*

Details ○ 10-1  05/15/2020 Claim #10 filed by SHORELINE FINANCIAL GROUP, INC., Amount claimed: $92415.71 (SHURR, CHARLES)

*Description:*

*Remarks:*

## Claims Register Summary

**Case Name:** National Brokers of America, Inc.
**Case Number:** 19-15488-pmm
**Chapter:** 7
**Date Filed:** 09/03/2019
**Total Number Of Claims:** 10

| Total Amount Claimed* | $5,124,691.65 |
|---|---|
| Total Amount Allowed* | $0.00 |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $4,331,340.10 | $0.00 |
| Priority | $16,708.77 | |
| Administrative | | |
| Unassigned (unsecured) | $776,642.78 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/06/2026 11:45:13 | | | |
| PACER Login: | Hs084120 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 19-15488-pmm Filed or Entered From: 1/1/1990 Filed or Entered To: 1/6/2026 |
| Billable Pages: | 1 | Cost: | 0.10 |
| Exempt flag: | Exempt | Exempt reason: | Exempt Court Order |