# Compensation Worksheet

Case Number:  19-15488 PMM
Debtor:  NATIONAL BROKERS OF AMERICA, INC.

### COMPUTATION OF COMPENSATION

Total disbursements, excluding payments to debtor and other non-compensable amounts, are: $331,084.64

Pursuant to 11 U.S.C. § 326, compensation is computed as follows:

|  |  |  |  |
|---|---|---|---|
| | Total Receipts | | $331,084.64 |
| | Non-compensable | | $0.00 |
| | Surplus to Debtor | | $0.00 |
| | Compensable Amount | | $331,084.64 |
| Less | $331,084.64 $5,000.00 | 25% of First $5,000.00 ($1,250.00 Maximum) | $1,250.00 |
| Less | Balance $326,084.64 $45,000.00 | 10% of Next $45,000.00 ($4,500.00 Maximum) | $4,500.00 |
| Less | Balance $281,084.64 $950,000.00 | 5% of Next $950,000.00 ($47,500.00 Maximum) | $14,054.23 |
| | Balance $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED:  $19,804.23

Less Previously Paid Compensation  $0.00

### TRUSTEE EXPENSES ITEMIZATION

| Description of Expense | | Amount of Expense | |
|---|---|---|---|
| COPIES | (1 x 0.10) | $ | 0.30 |
| COPIES | (2 x 0.10) | $ | 1.20 |
| COPIES | (264 x 0.10) | $ | 26.40 |
| COPIES | (3 x 0.10) | $ | 0.30 |
| COPIES | (4 x 0.10) | $ | 0.80 |
| COPIES | (9 x 0.10) | $ | 0.90 |
| MILEAGE | (105 x 0.56) | $ | 117.60 |
| MISC OTHER 1 | (1 x 9.24) | $ | 18.48 |
| MISC OTHER 1 | (1 x 9.48) | $ | 28.44 |
| MISC OTHER 1 | (1 x 9.92) | $ | 9.92 |
| MISC OTHER 1 | (1 x 9.96) | $ | 29.88 |
| MISC OTHER 1 | (1 x 10.64) | $ | 10.64 |
| MISC OTHER 1 | (1 x 11.26) | $ | 11.26 |
| MISC OTHER 1 | (1 x 11.82) | $ | 11.82 |
| POSTAGE | (2 x 0.50) | $ | 1.00 |
| POSTAGE | (1 x 0.58) | $ | 0.58 |
| POSTAGE | (2 x 0.58) | $ | 1.16 |
| POSTAGE | (1 x 0.60) | $ | 0.60 |
| POSTAGE | (1 x 0.66) | $ | 1.98 |
| POSTAGE | (1 x 0.68) | $ | 2.04 |
| POSTAGE | (3 x 0.69) | $ | 2.07 |
| POSTAGE | (9 x 0.69) | $ | 6.21 |
| POSTAGE | (2 x 0.73) | $ | 1.46 |

| POSTAGE | (44 x 1.77) | $ | 77.88 |
|---|---|---|---|
| | TOTAL EXPENSES | | $362.92 |
| | TOTAL COMPENSATION AND EXPENSES REQUESTED: | | $20,167.15 |

DATED: 1/6/26

SIGNED: /s/ Robert H. Holber, Trustee  _____TRUSTEE:   Robert H. Holber, Trustee
ROBERT H. HOLBER PC
41 EAST FRONT STREET
MEDIA, PA 19063