IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| NATIONAL BROKERS OF AMERICA, INC. | : | |
| | : | |
| Debtor | : | Bankruptcy No.: 19-15488-PMM |

**ORDER APPROVING STIPULATION BETWEEN PENNSYLVANIA DEPARTMENT OF REVENUE AND ROBERT H. HOLBER, CHAPTER 7 TRUSTEE**

AND NOW, this ____ day of _____, 2026, upon review of the Stipulation Between Pennsylvania Department of Revenue and Robert H. Holber, Chapter 7 Trustee, filed on December 30, 2025 (Docket #230), it is hereby Ordered and Decreed said Stipulation is hereby approved.

By the Court:

_____
Patricia M. Mayer, Judge
United States Bankruptcy Court