United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15488-pmm |
| National Brokers of America, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 07, 2026 | Form ID: pdf901 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | National Brokers of America, Inc., 354 Penn Street, Reading, PA 19602-1010 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510, UNITED STATES 19510-9101 |
| cr | + | Jason Scott Jordan, c/o David W. Crossett, Esq., 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| cr | + | Jimmy Christopher Davis, c/o Cibik Law, P.C., 1500 Walnut St Ste 900, Philadelphia, PA 19102-3518 |
| cr | + | Joel A. Ready, Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510 UNITED STATES 19510-9101 |
| cr | + | Shoreline Financial Group, LLC, Kozloff, Stoudt, c/o Charles N. Shurr, Jr., Esq., 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14383214 | + | Alan Redmond, 4 South 4th Street, Floor 3, Reading, PA 19602-2819 |
| 14902242 | + | Alan Redmond, C/O David P. Heim, 1524 Locust Street, Philadelphia, PA 19102-4401 |
| 14383427 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14420784 | + | Capital Advance Services LLC, 80 Broad Street, Suite 3303, New York, NY 10004-2845 |
| 14383215 | + | Capital Advance Services, LLC, c/o Steven Koplove, Esq., Kraft & Kraft, 3200 Pennrose Ferry Road, Philadelphia, PA 19145-5500 |
| 14460939 | | Dentons Cohen & Grigsby P.C., as Agent, c/o Jeffrey P. Ward, Esq., 625 Liberty Avenue, Pittsburgh, PA 15222-3152 |
| 14410990 | + | Evan King, Klein Moynihan Turco LLP, 450 Seventh Ave., 40th Floor, New York, NY 10123-4000 |
| 14383216 | + | Inside Response LLc, c/o Christopher P. Koval, Esq., 809 Easton Road, PO Box M, Willow Grove, PA 19090-2004 |
| 14420779 | + | Jason Scott Jordan, c/o David W. Crossett, Esquire, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14660634 | + | Jimmy Christopher Davis, c/o Michael I. Assad, Esq., 1500 Walnut Street, Suite 900, Philadelphia PA 19102-3518 |
| 14469386 | + | Jimmy Christopher Davis, P.O. Box 669521, Pompano Beach, FL 33066-9521 |
| 14504057 | + | National Brokers of America, Inc., C/O CHARLES N. SHURR, JR., Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14383219 | + | Plan Z LLC, c/o jeffrey P. Ward, Esq., 625 Liberty Avenue, Pittsburgh, PA 15222-3110 |
| 14479699 | + | Precise Leads, Klein, Moyniham and Truco LLP, 450 7th Ave, New York, NY 10123-0101 |
| 14410991 | + | Precise Leads, Inc., c/o Klein Moynihan Turco LLP, 450 Seventh Avenue, 40th Floor, New York, NY 10123-4000 |
| 14503414 | #+ | SHORELINE FINANCIAL GROUP, INC., 5301 10TH AVENUE NORTH, GREENACRES,FL 33463-2054 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| acc | + | Email/Text: rsnyder@sharerpbs.com | Jan 08 2026 00:30:00 | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Rd., Suite 105B, Voorhees, NJ 08043-4376 |
| 14383217 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 08 2026 00:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14383218 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 08 2026 00:30:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14385852 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 08 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 4

Case 19-15488-pmm   Doc 239   Filed 01/09/26   Entered 01/10/26 00:43:28   Desc
Imaged Certificate of Notice   Page 2 of 9

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: pdf901 | Total Noticed: 27 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Flaster/Greenberg P.C., 1835 Market Street, Suite 1050, Philadelphia, PA 19103-2913 |
| sp | ##+ | GELLERT SCALI BUSENKELL & BROWN, 8 Penn Center, 1628 John F. Kennedy, ste 1901, Philadelphia, Pa 19103-2113 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2026            Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BARRY W. SAWTELLE | on behalf of Creditor Shoreline Financial Group LLC bsawtelle@kozloffstoudt.com, dgabala@kozloffstoudt.com;gtooth@kozloffstoudt.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Shoreline Financial Group LLC cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com |
| DANIEL HONG | on behalf of Creditor Jason Scott Jordan dhong@timoneyknox.com jtrull@timoneyknox.com |
| DANIEL HONG | on behalf of Creditor Joel A. Ready dhong@timoneyknox.com jtrull@timoneyknox.com |
| DANIEL HONG | on behalf of Creditor Cornerstone Law Firm LLC dhong@timoneyknox.com, jtrull@timoneyknox.com |
| DAVID P. HEIM | on behalf of Intervenor Alan Redmond dheim@bochettoandlentz.com mtrout@bochettoandlentz.com |
| DAVID W. CROSSETT | on behalf of Creditor Jason Scott Jordan david@cornerstonelaw.us erica@cornerstonelaw.us |
| DAVID W. CROSSETT | on behalf of Defendant Jason Scott Jordan david@cornerstonelaw.us erica@cornerstonelaw.us |
| GEORGE BOCHETTO | on behalf of Intervenor Alan Redmond gbochetto@bochettoandlentz.com mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| HOLLY SMITH MILLER | on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com |
| JOEL A. READY | on behalf of Creditor Joel A. Ready valeria@cornerstonelaw.us joel@cornerstonelaw.us |
| JOEL A. READY | on behalf of Creditor Cornerstone Law Firm LLC valeria@cornerstonelaw.us, joel@cornerstonelaw.us |
| JOEL A. READY | on behalf of Creditor Jason Scott Jordan valeria@cornerstonelaw.us joel@cornerstonelaw.us |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: pdf901 | Total Noticed: 27 |

MICHAEL A. CIBIK
    on behalf of Creditor Jimmy Christopher Davis help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

NORMAN M. VALZ
    on behalf of Debtor National Brokers of America Inc. nvalz@msn.com

OSMER SAGE DEMING
    on behalf of Debtor National Brokers of America Inc. osmer@deminglawyer.com,
    brittany@deminglawyer.com;skippy73007@yahoo.com

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

ROBERT H. HOLBER
    trustee@holber.com rholber@ecf.axosfs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J. BURNETT
    on behalf of Plaintiff National Brokers of America Inc. william.burnett@flastergreenberg.com,
    william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
    on behalf of Accountant Sharer Petree Brotz & Snyder william.burnett@flastergreenberg.com
    william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
    on behalf of Trustee ROBERT H. HOLBER william.burnett@flastergreenberg.com
    william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
    on behalf of Attorney Flaster/Greenberg P.C. william.burnett@flastergreenberg.com
    william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

TOTAL: 23

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| NATIONAL BROKERS OF AMERICA, INC. | § | Case No. 19-15488 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ROBERT H. HOLBER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court Clerk
Eastern District of Pennsylvania
The Gateway Building, Suite 103
201 Penn Street
Reading, PA 19601

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 02/10/2026 in Courtroom 1,
United States Bankruptcy Court
201 Penn Street
4th Floor
Reading, PA 19601

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/06/2026                 By: Robert H. Holber
                                                                Robert H. Holber, Trustee


*Robert H. Holber*

UST Form 101-7-NFR (10/1/2010) (Page: 1)

*41 E. Front Street*
*Media PA 19063*

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| NATIONAL BROKERS OF AMERICA, INC. | § § § | Case No. 19-15488 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 331,084.64 |
| and approved disbursements of | $ | 105,076.78 |
| leaving a balance on hand of[1] | $ | 226,007.86 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Robert H. Holber | $ 19,804.23 | $ 0.00 | $ 19,804.23 |
| Trustee Expenses: Robert H. Holber | $ 362.92 | $ 0.00 | $ 362.92 |
| Attorney for Trustee Fees: LL GELLERT SEITZ BUSENKELL & BROWN | $ 57,839.10 | $ 0.00 | $ 57,839.10 |
| Accountant for Trustee Fees: ROBERT N. SNYDER | $ 59,492.50 | $ 53,106.50 | $ 6,386.00 |
| Accountant for Trustee Expenses: ROBERT N. SNYDER | $ 339.44 | $ 140.44 | $ 199.00 |
| Other: FLASTER GREENBERG, P. C. | $ 48,010.50 | $ 43,238.50 | $ 4,772.00 |
| Other: FLASTER GREENBERG, P. C. | $ 225.00 | $ 26.00 | $ 199.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES LTD | $ 748.73 | $ 748.73 | $ 0.00 |
| Other: LL GELLERT SEITZ BUSENKELL & BROWN | $ 12.03 | $ 0.00 | $ 12.03 |

Total to be paid for chapter 7 administrative expenses         $         89,574.28

Remaining Balance                                              $        136,433.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $105,916.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COMMONWEALTH OF PA UCTS | $ 35,237.48 | $ 0.00 | $ 35,237.48 |
| 2 | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 53,970.36 | $ 0.00 | $ 53,970.36 |
| 4 | INTERNAL REVENUE SERVICE | $ 16,708.77 | $ 0.00 | $ 16,708.77 |

Total to be paid to priority creditors                         $        105,916.61

Remaining Balance                                              $         30,516.97

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $560,453.00 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (10/1/2010) (Page: 4)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2B | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 800.00 | $ 0.00 | $ 43.56 |
| 3 | PRECISE LEADS, INC. | $ 113,300.00 | $ 0.00 | $ 6,169.25 |
| 5 | CAPITAL ADVANCE SERVICES LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | JASON SCOTT JORDAN | $ 123,778.00 | $ 0.00 | $ 6,739.78 |
| 7 | AS AG DENTONS COHEN & GRIGSBY P.C. | $ 322,575.00 | $ 0.00 | $ 17,564.38 |
| 8 | AS AG DENTONS COHEN & GRIGSBY P.C. | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 30,516.97 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $169,606.11 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9A | JIMMY CHRISTOPHER DAVIS | $ 77,190.40 | $ 0.00 | $ 0.00 |
| 10 | SHORELINE FINANCIAL GROUP, INC. | $ 92,415.71 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $160,213.53 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 36,439.46 | $ 0.00 | $ 0.00 |
| 4B | INTERNAL REVENUE SERVICE | $ 123,774.07 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors      $         0.00

Remaining Balance      $         0.00

Prepared By: Robert H. Holber

Robert H. Holber, Trustee

*Robert H. Holber*
*41 E. Front Street*
*Media PA 19063*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.