United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15488-pmm |
| National Brokers of America, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 08, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + National Brokers of America, Inc., 354 Penn Street, Reading, PA 19602-1010 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 10, 2026 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BARRY W. SAWTELLE | on behalf of Creditor Shoreline Financial Group  LLC bsawtelle@kozloffstoudt.com, dgabala@kozloffstoudt.com;gtooth@kozloffstoudt.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Shoreline Financial Group  LLC cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com |
| DANIEL HONG | on behalf of Creditor Jason Scott Jordan dhong@timoneyknox.com  jtrull@timoneyknox.com |
| DANIEL HONG | on behalf of Creditor Joel A. Ready dhong@timoneyknox.com  jtrull@timoneyknox.com |
| DANIEL HONG | on behalf of Creditor Cornerstone Law Firm  LLC dhong@timoneyknox.com, jtrull@timoneyknox.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: pdf900 | Total Noticed: 1 |

DAVID P. HEIM
    on behalf of Intervenor Alan Redmond dheim@bochettoandlentz.com mtrout@bochettoandlentz.com

DAVID W. CROSSETT
    on behalf of Defendant Jason Scott Jordan david@cornerstonelaw.us erica@cornerstonelaw.us

DAVID W. CROSSETT
    on behalf of Creditor Jason Scott Jordan david@cornerstonelaw.us erica@cornerstonelaw.us

GEORGE BOCHETTO
    on behalf of Intervenor Alan Redmond gbochetto@bochettoandlentz.com mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

HOLLY SMITH MILLER
    on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com

JOEL A. READY
    on behalf of Creditor Joel A. Ready valeria@cornerstonelaw.us joel@cornerstonelaw.us

JOEL A. READY
    on behalf of Creditor Cornerstone Law Firm LLC valeria@cornerstonelaw.us, joel@cornerstonelaw.us

JOEL A. READY
    on behalf of Creditor Jason Scott Jordan valeria@cornerstonelaw.us joel@cornerstonelaw.us

MICHAEL A. CIBIK
    on behalf of Creditor Jimmy Christopher Davis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

NORMAN M. VALZ
    on behalf of Debtor National Brokers of America Inc. nvalz@msn.com

OSMER SAGE DEMING
    on behalf of Debtor National Brokers of America Inc. osmer@deminglawyer.com, brittany@deminglawyer.com;skippy73007@yahoo.com

ROBERT H. HOLBER
    trustee@holber.com rholber@ecf.axosfs.com

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J. BURNETT
    on behalf of Accountant Sharer Petree Brotz & Snyder william.burnett@flastergreenberg.com william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
    on behalf of Trustee ROBERT H. HOLBER william.burnett@flastergreenberg.com william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
    on behalf of Attorney Flaster/Greenberg P.C. william.burnett@flastergreenberg.com william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
    on behalf of Plaintiff National Brokers of America Inc. william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

TOTAL: 23

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                : Chapter 7
                                      :
NATIONAL BROKERS OF                   :
AMERICA, INC.                         :
                                      :
        Debtor                        : Bankruptcy No.: 19-15488-PMM

ORDER APPROVING STIPULATION BETWEEN COMMONWEALTH OF PA UCTS,
DEPARTMENT OF LABOR AND INDUSTRY
AND ROBERT H. HOLBER, CHAPTER 7 TRUSTEE

AND NOW, this 8th day of January, 2026, upon review of Stipulation Between Commonwealth of PA UCTS, Department of Labor and Industry and Robert H. Holber, Chapter 7 Trustee, filed on December 30, 2025 (Docket #231), it is hereby Ordered and Decreed said Stipulation is hereby approved.

By the Court:

/s/ Patricia M. Mayer

Patricia M. Mayer, Judge
United States Bankruptcy Court