IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
         : CHAPTER 7
NATIONAL BROKERS OF AMERICA, INC.  :
         :
         :
         :
         :
         :
    Debtor  :
         : BANKRUPTCY NO.: 19-15488 - PMM

### CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Chapter 7 Trustee, hereby certify that:

1. A Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object along with a copy of Proposed Distribution was filed on January 6, 2026 and served upon the U.S. Trustee's Office, Debtor's Counsel, Osmer Sage Deming, Esquire, Norman M. Valz, Esquire, all creditors listed on debtor's matrix and all creditors who filed claims on or about January 6, 2026.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Date: 2/6/26

ROBERT H. HOLBER, ESQUIRE
Chapter 7 Trustee
41 E. Front Street
Media, PA   19063
(610) 565-5463