IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | :Chapter 7 |
| NATIONAL BROKERS OF AMERICA, INC. | : |
| Debtor | :BANKRUPTCY NO. 19-15488- PMM |

ORDER APPROVING TRUSTEE'S FINAL REPORT

AND NOW, this 9th day of February 2026 upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

*Patricia M. Mayer*

Patricia M. Mayer, Judge