UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br> **NATIONAL BROKERS OF AMERICA, INC.** <br><br> **Debtor(s)** | ) <br> ) **Chapter 7** <br> ) <br> ) **Case No. 19-15488-PMM** <br> ) <br> ) <br> ) |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this ___9th___ day of ___February___, 2026, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $19,804.23 is reasonable compensation for the services in this case by ROBERT H. HOLBER TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $362.92 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge