United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15488-pmm |
| National Brokers of America, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 09, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | +  National Brokers of America, Inc., 354 Penn Street, Reading, PA 19602-1010 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BARRY W. SAWTELLE | on behalf of Creditor Shoreline Financial Group  LLC bsawtelle@kozloffstoudt.com, dgabala@kozloffstoudt.com;gtooth@kozloffstoudt.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Shoreline Financial Group  LLC cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com |
| DANIEL HONG | on behalf of Creditor Jason Scott Jordan dhong@timoneyknox.com  jtrull@timoneyknox.com |
| DANIEL HONG | on behalf of Creditor Joel A. Ready dhong@timoneyknox.com  jtrull@timoneyknox.com |
| DANIEL HONG | on behalf of Creditor Cornerstone Law Firm  LLC dhong@timoneyknox.com, jtrull@timoneyknox.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Feb 09, 2026 | Form ID: pdf900 | Total Noticed: 1

DAVID P. HEIM
on behalf of Intervenor Alan Redmond dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com

DAVID W. CROSSETT
on behalf of Defendant Jason Scott Jordan david@cornerstonelaw.us  erica@cornerstonelaw.us

DAVID W. CROSSETT
on behalf of Creditor Jason Scott Jordan david@cornerstonelaw.us  erica@cornerstonelaw.us

GEORGE BOCHETTO
on behalf of Intervenor Alan Redmond gbochetto@bochettoandlentz.com
mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

HOLLY SMITH MILLER
on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com

JOEL A. READY
on behalf of Creditor Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

MICHAEL A. CIBIK
on behalf of Creditor Jimmy Christopher Davis help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

NORMAN M. VALZ
on behalf of Debtor National Brokers of America  Inc. nvalz@msn.com

OSMER SAGE DEMING
on behalf of Debtor National Brokers of America  Inc. osmer@deminglawyer.com,
brittany@deminglawyer.com;skippy73007@yahoo.com

ROBERT H. HOLBER
trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J. BURNETT
on behalf of Accountant Sharer Petree Brotz & Snyder william.burnett@flastergreenberg.com
william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
on behalf of Trustee ROBERT H. HOLBER william.burnett@flastergreenberg.com
william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
on behalf of Attorney Flaster/Greenberg P.C. william.burnett@flastergreenberg.com
william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT
on behalf of Plaintiff National Brokers of America  Inc. william.burnett@flastergreenberg.com,
william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

TOTAL: 23

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| NATIONAL BROKERS OF AMERICA, INC. | )  Chapter 7 |
| | ) |
| | )  Case No.  19-15488-PMM |
| | ) |
| | ) |
| Debtor(s) | ) |

---

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this ___9th___ day of ___February___, 2026, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $19,804.23 is reasonable compensation for the services in this case by ROBERT H. HOLBER TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $362.92 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

_Patricia M. Mayer_

_____
Patricia M. Mayer
United States Bankruptcy Judge