## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :Chapter 7
                                                :
NATIONAL BROKERS OF AMERICA, INC.               :
                                                :
                                                :
          Debtor                                :BANKRUPTCY NO.  19-15488- PMM


## ORDER OF DISTRIBUTION


**AND NOW,** this          day of                          2026 , the Trustee

Robert H. Holber, is hereby ordered and directed to (i) distribute to the parties in

interest listed in the Trustee's Proposed Distribution, estate monies in the amount indicated in

such Distribution, within (10) days after the appeal period for this order expires, and (ii) transmit

to the United States Trustee, within one hundred and twenty five (125) days after the appeal

period for this order expires, statements for all estate deposit or investment accounts indicating

zero balances and all cancelled checks corresponding to disbursements of estate funds as shown

in the Trustee's Final Report.


                                        _____
                                        Patricia M. Mayer
                                        United States Bankruptcy Judge