UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :Chapter 7
                                                :
NATIONAL BROKERS OF AMERICA,                    :
INC.                                            :
                                                :
                                                :
                                                :
                                                :
                                                :
          Debtor                                :BANKRUPTCY NO.  19-15488 - PMM

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

AND NOW, this        day of                         2026 , upon consideration of

the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in

accordance with Trustee's Final Report and it further appearing that the Trustee is no longer

holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and  the

Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

_____
PATRICIA M. MAYER
Bankruptcy Judge