United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15488-pmm |
| National Brokers of America, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 20, 2026 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | National Brokers of America, Inc., 354 Penn Street, Reading, PA 19602-1010 |
| aty | + | Flaster/Greenberg P.C., 1835 Market Street, Suite 1050, Philadelphia, PA 19103-2913 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| cr | + | Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510, UNITED STATES 19510-9101 |
| cr | + | Jason Scott Jordan, c/o David W. Crossett, Esq., 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| cr | + | Jimmy Christopher Davis, c/o Cibik Law, P.C., 1500 Walnut St Ste 900, Philadelphia, PA 19102-3518 |
| cr | + | Joel A. Ready, Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510 UNITED STATES 19510-9101 |
| cr | + | Shoreline Financial Group, LLC, Kozloff, Stoudt, c/o Charles N. Shurr, Jr., Esq., 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14383214 | + | Alan Redmond, 4 South 4th Street, Floor 3, Reading, PA 19602-2819 |
| 14902242 | + | Alan Redmond, C/O David P. Heim, 1524 Locust Street, Philadelphia, PA 19102-4401 |
| 14383427 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14420784 | + | Capital Advance Services LLC, 80 Broad Street, Suite 3303, New York, NY 10004-2845 |
| 14383215 | + | Capital Advance Services, LLC, c/o Steven Koplove, Esq., Kraft & Kraft, 3200 Pennrose Ferry Road, Philadelphia, PA 19145-5500 |
| 14460939 | | Dentons Cohen & Grigsby P.C., as Agent, c/o Jeffrey P. Ward, Esq., 625 Liberty Avenue, Pittsburgh, PA 15222-3152 |
| 14410990 | + | Evan King, Klein Moynihan Turco LLP, 450 Seventh Ave., 40th Floor, New York, NY 10123-4000 |
| 14383216 | + | Inside Response LLc, c/o Christopher P. Koval, Esq., 809 Easton Road, PO Box M, Willow Grove, PA 19090-2004 |
| 14420779 | + | Jason Scott Jordan, c/o David W. Crossett, Esquire, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14660634 | + | Jimmy Christopher Davis, c/o Michael I. Assad, Esq., 1500 Walnut Street, Suite 900, Philadelphia PA 19102-3518 |
| 14469386 | + | Jimmy Christopher Davis, P.O. Box 669521, Pompano Beach, FL 33066-9521 |
| 14504057 | + | National Brokers of America, Inc., C/O CHARLES N. SHURR, JR., Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14383219 | + | Plan Z LLC, c/o jeffrey P. Ward, Esq., 625 Liberty Avenue, Pittsburgh, PA 15222-3110 |
| 14479699 | + | Precise Leads, Klein, Moyniham and Truco LLP, 450 7th Ave, New York, NY 10123-0101 |
| 14410991 | + | Precise Leads, Inc., c/o Klein Moynihan Turco LLP, 450 Seventh Avenue, 40th Floor, New York, NY 10123-4000 |
| 14503414 | #+ | SHORELINE FINANCIAL GROUP, INC., 5301 10TH AVENUE NORTH, GREENACRES,FL 33463-2054 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 21 2026 00:34:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 21 2026 00:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| acc | + | Email/Text: rsnyder@sharerpbs.com | Jul 21 2026 00:34:00 | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Rd., Suite 105B, Voorhees, NJ 08043-4376 |
| 14383217 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 21 2026 00:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14383218 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Jul 20, 2026 | Form ID: pdf900 | Total Noticed: 30

| | | Jul 21 2026 00:34:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14385852 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 21 2026 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | ##+ | GELLERT SCALI BUSENKELL & BROWN, 8 Penn Center, 1628 John F. Kennedy, ste 1901, Philadelphia, Pa 19103-2113 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BARRY W. SAWTELLE | on behalf of Creditor Shoreline Financial Group  LLC bsawtelle@kozloffstoudt.com, dgabala@kozloffstoudt.com;gtooth@kozloffstoudt.com |
| CHARLES N. SHURR, JR. | on behalf of Creditor Shoreline Financial Group  LLC cshurr@kozloffstoudt.com, ahertneky@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com |
| DANIEL HONG | on behalf of Creditor Cornerstone Law Firm  LLC dhong@timoneyknox.com, jtrull@timoneyknox.com |
| DANIEL HONG | on behalf of Creditor Jason Scott Jordan dhong@timoneyknox.com  jtrull@timoneyknox.com |
| DANIEL HONG | on behalf of Creditor Joel A. Ready dhong@timoneyknox.com  jtrull@timoneyknox.com |
| DAVID P. HEIM | on behalf of Intervenor Alan Redmond dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com |
| DAVID W. CROSSETT | on behalf of Defendant Jason Scott Jordan david@cornerstonelaw.us  erica@cornerstonelaw.us |
| DAVID W. CROSSETT | on behalf of Creditor Jason Scott Jordan david@cornerstonelaw.us  erica@cornerstonelaw.us |
| GEORGE BOCHETTO | on behalf of Intervenor Alan Redmond gbochetto@bochettoandlentz.com mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| HOLLY SMITH MILLER | on behalf of Trustee ROBERT H. HOLBER hsmiller@gsbblaw.com |

District/off: 0313-4                                        User: admin                                        Page 3 of 3

Date Rcvd: Jul 20, 2026                                Form ID: pdf900                                Total Noticed: 30

JOEL A. READY

on behalf of Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Creditor Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

MICHAEL A. CIBIK

on behalf of Creditor Jimmy Christopher Davis help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

NORMAN M. VALZ

on behalf of Debtor National Brokers of America  Inc. nvalz@msn.com

OSMER SAGE DEMING

on behalf of Debtor National Brokers of America  Inc. osmer@deminglawyer.com,
brittany@deminglawyer.com;skippy73007@yahoo.com

ROBERT H. HOLBER

on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER

trustee@holber.com  rholber@ecf.axosfs.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J. BURNETT

on behalf of Attorney Flaster/Greenberg P.C. william.burnett@flastergreenberg.com
william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT

on behalf of Accountant Sharer Petree Brotz & Snyder william.burnett@flastergreenberg.com
william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT

on behalf of Plaintiff National Brokers of America  Inc. william.burnett@flastergreenberg.com,
william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

WILLIAM J. BURNETT

on behalf of Trustee ROBERT H. HOLBER william.burnett@flastergreenberg.com
william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

TOTAL: 23

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                              :Chapter 7
                                    :
NATIONAL BROKERS OF AMERICA,        :
INC.                                :
                                    :
                                    :
                                    :
                                    :
            Debtor                  :BANKRUPTCY NO.  19-15488 - PMM

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

AND NOW, this 20th day of July 2026, upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
Bankruptcy Judge